

370 LEXINGTON AVENUE
SUITE 1706
NEW YORK, NY 10017
212 682 1853
212 682 1892   FAX
gfrank@frankllp.com
www.frankllp.com

January 24, 2020

**VIA ECF & EMAIL**

Hon. Paul G. Gardephe, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, NY 10007

Re:   *Michelo et al. v. Nat'l Collegiate Student Loan Trust 2007-2 et al.*, 18-CV-1781 (PGG)
      *Bifulco et al. v. Nat'l Collegiate Student Loan Trust 2004-2 et al.*, 18-CV-7692 (PGG)

Dear Judge Gardephe:

We represent Plaintiffs in the above-referenced cases, and write jointly following consultation among all Parties, pursuant to Rule I.D of this Court's Individual Rules of Practice in Civil Cases.

Presently, the fact-discovery deadline in this consolidated litigation is January 31, 2020. *See* Consol. Am. Civ. Case Mgmt. Plan & Sched. Order ("CMP"), at ¶ 5 (*Bifulco* ECF No. 64; *Michelo* ECF No. 114) (entered June 11, 2019). After conferring, the Parties agree that this deadline must be extended in order to complete written and deposition discovery, which is underway, and due to unresolvable conflicts in the Parties' and counsels' schedules.

The Parties have previously requested, and been granted, extensions of the discovery deadline in this action on three separate occasions. (*Bifulco* ECF Nos. 35, 52, 54, 56–58, 60, 64; *Michelo* ECF Nos. 74, 97, 100, 104–106, 108, 114).

The Parties request that this Court replace the fact-discovery and other deadlines set forth in the current CMP, with those set forth in the proposed case management plan attached hereto.

FRANK LLP

Hon. Paul G. Gardephe
January 24, 2020
Page 2

Respectfully submitted,

| FRANK LLP | LOCKE LORD LLP |
|---|---|
| /s/ Gregory A. Frank | /s/ R. James DeRose, III |
| Gregory A. Frank (GF0531) | R. James DeRose III |
| Marvin L. Frank (MF1436) | Gregory T. Casamento |
| Asher Hawkins (AH2333) | |
| | Brookfield Place |
| 370 Lexington Avenue, Suite 1706 | 200 Vesey Street, 20th Floor |
| New York, NY 10017 | New York, New York 10281 |
| Telephone: (212) 682-1853 | Tel.  (212) 415-8600 |
| Facsimile: (212) 682-1892 | Fax. (212) 303-2754 |
| gfrank@frankllp.com | rderose@lockelord.com |
| mfrank@frankllp.com | |
| ahawkins@frankllp.com | J. Matthew Goodin |
| | 111 South Wacker Drive, Suite 4100 |
| *Attorneys for* | Chicago, IL 60606 |
| *PLAINTIFFS AND THE CLASSES* | (312) 443-0700 |
| | jmgoodin@lockelord.com |
| | |
| | *Attorneys for Defendants* |
| | *NATIONAL COLLEGIATE STUDENT LOAN TRUSTS 2004-2, 2006-4, 2007-2 AND 2007-3* |

| RIVKIN RADLER LLP | SESSIONS, FISHMAN, NATHAN & ISRAEL |
|---|---|
| /s/ Carol A. Lastorino | /s/ Morgan I. Marcus |
| Carol A. Lastorino | Morgan Ian Marcus |
| | |
| 926 RXR Plaza | 141 W. Jackson Boulevard, Suite 3550 |
| Uniondale, New York 11556-0926 | Chicago, Illinois 60604 |
| Tel.  (516) 357-3101 | Tel:  (312) 578-0985 |
| Fax. (516) 357-3333 | Fax: (877) 334-0661 |
| Carol.Lastorino@rivkin.com | mmarcus@sessions.legal |
| | |
| *Attorneys for Defendant* | *Attorneys for Defendants* |
| *FORSTER & GARBUS, LLP* | *TRANSWORLD SYSTEMS, INC. AND EGS FINANCIAL CARE INC.* |