

**FRANK** LLP
ATTORNEYS AT LAW

370 LEXINGTON AVENUE
SUITE 1706
NEW YORK, NY 10017
212 682 1853
212 682 1892   FAX
gfrank@frankllp.com
www.frankllp.com

February 6, 2020

**VIA ECF & EMAIL**

Hon. Paul G. Gardephe, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, NY 10007

Re:   *Michelo et al. v. Nat'l Collegiate Student Loan Trust 2007-2 et al.*, 18-CV-1781 (PGG)
       *Bifulco et al. v. Nat'l Collegiate Student Loan Trust 2004-2 et al.*, 18-CV-7692 (PGG)

Dear Judge Gardephe:

We represent Plaintiffs in the above-referenced cases, and write jointly following consultation among all Parties, pursuant to Rules I.A and IV.F of this Court's Individual Rules of Practice in Civil Cases.

Attached is a stipulation and proposed order (the "Stipulation") regarding the Confidentiality Agreement and Protective Order (the "Protective Order") previously entered in this litigation. (*Michelo* ECF No. 92; *Bifulco* ECF No. 48).

The Stipulation will facilitate timely third-party production pursuant to Rule 45 subpoenas that Plaintiffs have issued.

Counsel for these third parties has agreed to the terms of the Stipulation.

FRANK LLP

Hon. Paul G. Gardephe
February 6, 2020
Page 2

Respectfully submitted,

| FRANK LLP | LOCKE LORD LLP |
|---|---|
| /s/ Gregory A. Frank<br>Gregory A. Frank (GF0531)<br>Marvin L. Frank (MF1436)<br>Asher Hawkins (AH2333)<br><br>370 Lexington Avenue, Suite 1706<br>New York, NY 10017<br>Telephone: (212) 682-1853<br>Facsimile: (212) 682-1892<br>gfrank@frankllp.com<br>mfrank@frankllp.com<br>ahawkins@frankllp.com<br><br>*Attorneys for*<br>*PLAINTIFFS AND THE CLASSES* | /s/ R. James DeRose, III<br>R. James DeRose III<br>Gregory T. Casamento<br><br>Brookfield Place<br>200 Vesey Street, 20th Floor<br>New York, New York 10281<br>Tel. (212) 415-8600<br>Fax. (212) 303-2754<br>rderose@lockelord.com<br><br>J. Matthew Goodin<br>111 South Wacker Drive, Suite 4100<br>Chicago, IL 60606<br>(312) 443-0700<br>jmgoodin@lockelord.com<br><br>*Attorneys for Defendants*<br>*NATIONAL COLLEGIATE STUDENT LOAN TRUSTS 2004-2, 2006-4, 2007-2 AND 2007-3* |
| RIVKIN RADLER LLP | SESSIONS, FISHMAN, NATHAN & ISRAEL |
| /s/ Carol A. Lastorino<br>Carol A. Lastorino<br><br>926 RXR Plaza<br>Uniondale, New York 11556-0926<br>Tel. (516) 357-3101<br>Fax. (516) 357-3333<br>Carol.Lastorino@rivkin.com<br><br>*Attorneys for Defendant*<br>*FORSTER & GARBUS, LLP* | /s/ Morgan I. Marcus<br>Morgan Ian Marcus<br><br>141 W. Jackson Boulevard, Suite 3550<br>Chicago, Illinois 60604<br>Tel: (312) 578-0985<br>Fax: (877) 334-0661<br>mmarcus@sessions.legal<br><br>*Attorneys for Defendants*<br>*TRANSWORLD SYSTEMS, INC. AND EGS FINANCIAL CARE INC.* |