Exhibit A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| MUTINTA MICHELO, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | 18 Civ. 1781 (PGG) |
| NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-2, et al., | ) | 18 Civ. 7692 (PGG) |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PRIVILEGE LOG**

| Number | Document Type | Description | Privilege Justification |
|---|---|---|---|
| 1 | PDF | Vendor Risk Review and Attorney/Agency Risk Assessment – Forster & Garbus LLP – Review date 3/16/17 – Completed by Erin Stevens, Compliance Audit Department for Forster & Garbus LLP | Attorney-Client Privilege |
| 2 | PDF | Vendor Risk Review and Attorney/Agency Risk Assessment – Forster & Garbus LLP – Review date 11/13/17 - Completed by Erin Stevens, Compliance Audit Department for Forster & Garbus LLP | Attorney-Client Privilege |
| 3 | PDF | Vendor Risk Review and Attorney/Agency Risk Assessment – Forster & Garbus LLP – Review date 1/12/18 – Completed by Kristin Hayes, Compliance Audit Department for Forster & Garbus LLP | Attorney-Client Privilege |
| 4 | PDF | Vendor Risk Review and Attorney/Agency Risk Assessment – Forster & Garbus LLP – Review date 3/6/18 – Completed by Norma Applewhite, Compliance Audit Department for Forster & Garbus LLP | Attorney-Client Privilege |
| 5 | PDF | Vendor Risk Review and Attorney/Agency Risk Assessment – Forster & Garbus LLP – Review date 11/20/18 - Completed by Norma Applewhite, Compliance Audit Department for Forster & Garbus LLP | Attorney-Client Privilege |
| 6 | Excel | NCO Financial Systems – Attorney Network Services Quality and Assurance Audit of Forster & Garbus LLP 2014 for multiple clients | Attorney-Client Privilege |

|   |   |   |   |
|---|---|---|---|
|   |   | including the National Collegiate Student Loan Trust entities |   |
| 7 | Excel | Transworld Systems Inc. - Attorney Network Services Quality and Assurance Audit of Forster & Garbus LLP 2015 for multiple clients including the National Collegiate Student Loan Trust entities | Attorney-Client Privilege |
| 8 | Excel | Transworld Systems Inc. – Attorney Network Services Quality and Assurance Audit of Forster & Garbus LLP 2016 for multiple clients including the National Collegiate Student Loan Trust entities | Attorney-Client Privilege |
| 9 | Excel | Transworld Systems Inc. – Attorney Network Services Compliance Audit of Forster & Garbus LLP 2017 | Attorney-Client Privilege |
| 10 | Excel | Transworld Systems Inc. – Attorney Network Services Compliance Audit of Forster & Garbus LLP 2018 | Attorney-Client Privilege |
| 11 | Excel | Transworld Systems Inc. – Attorney Network Services Compliance Audit of Forster & Garbus LLP 2019 | Attorney-Client Privilege |