UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MUTINTA MICHELO, *individually and on behalf of all others similarly situated*, et al.,
    Plaintiffs,

-against-

NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-2, et al.,
    Defendants.

18-CV-1781 (PGG) (BCM)

CHRISTINA BIFULCO, *individually and on behalf of all others similarly situated*, et al.,
    Plaintiffs,

-against-

NATIONAL COLLEGIATE STUDENT LOAN TRUST 2004-2, et al.,
    Defendants.

18-CV-7692 (PGG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during the oral argument conducted by videoconference on April 19, 2021, it is hereby ORDERED that the motion of non-party Affiant X for a protective order (Dkt. No. 266 in case No. 18-CV-1781, Dkt. No. 196 in case No. 18-CV-7692) is GRANTED to the extent that the deposition of Affiant X shall be conducted on written questions, pursuant to Fed. R. Civ. P. 31, no later than May 19, 2021. During the deposition, Affiant X must provide his own answers, without any oral or written prompts from his counsel or others. All relief not expressly granted herein is denied.

Dated:    New York, New York
           April 21, 2021

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**