# Exhibit A

## to Hawkins Declaration

Plaintiffs' Motion for Class Certification

<u>Michelo et al. v. Nat'l Collegiate Student Loan Trust 2007-2 et al.,</u> No. 18-CV-1781

<u>Bifulco et al. v. Nat'l Collegiate Student Loan Trust 2004-2 et al.,</u> No. 18-CV-7692

Page 1

```
 1
         UNITED STATES DISTRICT COURT
 2       SOUTHERN DISTRICT OF NEW YORK
         Civil Action No. 1:18-cv-017819(PGG)
 3       - - - - - - - - - - - - - - - - - - -x
 4       MUTINTA MICHELO, KATHERINE SEAMAN,
         MARY RE SEAMAN, and SANDRA TABAR,
 5       individually and on behalf of all
         others similarly situated,
 6
                              Plaintiffs,
 7
 8             -against-
 9
         NATIONAL COLLEGIATE STUDENT LOAN TRUST
10       2007-2, NATIONAL COLLEGIATE
         STUDENT LOAN TRUST 2007-3;
11       TRANSWORLD SYSTEMS, INC. in its own
         right and as successor to NCO FINANCIAL
12       SYSTEMS, INC.; EGS FINANCIAL CARE INC.,
         formerly known as NCO FINANCIAL SYSTEMS,
13       INC; and FORSTER & GARBUS LLP,
14                       Defendants.
15       - - - - - - - - - - - - - - - - - - -x
         [Second caption on following page]
16
17                         February 11, 2020
                           10:02 a.m.
18
19         Deposition of BRADLEY LUKE,
20       taken by Plaintiffs, pursuant to
21       Notice, held at the offices of
22       Veritext Legal Solutions LLP, 1250
23       Broadway, New York, New York, before
24       Kathleen Piazza Luongo, a Notary
25       Public of the State of New York.
```

Page 50

1  Bradley Luke
2  transferred the document via a file share
3  server or system to NCO at the time of
4  the special subservicing transition.
5       Q.    What special subservicing
6  transition are you referring to?
7       A.    November of 2012, NCO replaced
8  First Marblehead Education Resources, NCO
9  replaced them as the special subservicer.
10            First Marblehead Education
11 Resources was the special servicer prior
12 to that.
13      Q.    Who pays the bills for this
14 Las Vegas storage, electronic storage?
15      A.    TSI.
16      Q.    Has TSI always or NCO always
17 paid that bill?
18      A.    Yes.
19      Q.    You mentioned a file-sharing
20 system, what kind of file-sharing system;
21 do you know the name of it?
22      A.    I don't recall what First
23 Marblehead used at the time.
24      Q.    How long has that Las Vegas
25 server been used to house this document

```
                                              Page 75
                     Bradley Luke
```

1                     Bradley Luke
2     briefly.
3             (Witness peruses exhibit page.)
4         Q.   And look up when you're ready.
5     Okay.
6             You have referenced before, I
7     believe, PHEAA; is that correct?
8         A.   I referenced American Education
9     Services.
10        Q.   Is that another name for PHEAA?
11        A.   It's a doing business as.
12             MR. HAWKINS:  For the record,
13        Morgan Marcus was out of the room,
14        he's now reentering.
15        Q.   Those names are
16    interchangeable, AES and PHEAA; is that
17    right?
18        A.   Technically I'm unsure.  For
19    our context sometimes people use PHEAA,
20    sometimes people use AES; AES is doing
21    business as particular to the servicing
22    of the Trust loans.
23        Q.   So when a consumer sees
24    documents from PHEAA, and if I didn't
25    define it fully, Pennsylvania Higher

Page 76

```
 1                    Bradley Luke
 2    Education Assistance Agency, the document
 3    will say at the top AES PA; is that
 4    right.
 5         A.    Generally some documents would
 6    say AES/PA.
 7         Q.    Okay.
 8               I'm going to refer to that
 9    entity as PHEAA for short; is that
10    understood?
11         A.    I understand.
12         Q.    Is PHEAA a government agency?
13         A.    Can you clarify your question?
14         Q.    Sure.
15               Are you aware that some
16    entities are government agencies and some
17    are private companies?
18         A.    I suppose.
19         Q.    Okay.
20               Which one is PHEAA?
21               MR. CASAMENTO:  Objection.  Why
22         are you asking him what sort of
23         agency or entity PHEAA is?
24               MR. FRANK:  Foundation.
25               MR. CASAMENTO:  All right.
```

Page 77

Bradley Luke

2  You can answer it if you know.
3  A. My understanding is they're a
4  state agency.
5  Q. Of which state?
6  A. Pennsylvania.
7  Q. Okay.
8  What is PHEAA's relationship to
9  FMC?
10  A. I'm uncertain.
11  Q. What is PHEAA's relationship to
12  Bank One?
13  A. I'm uncertain.
14  Q. What is PHEAA's relationship to
15  TERI?
16  A. I'm uncertain.
17  Q. What is PHEAA's relationship to
18  the Purchaser Trusts referenced in this
19  agreement?
20  A. They were the servicer
21  pertaining to loans that the Purchaser
22  Trusts purchased, either former servicer
23  or current servicer depending on the
24  individual loan status.
25  Q. What causes PHEAA to no longer

Page 78

1                   Bradley Luke
2     be the servicer of a loan held by a
3     Purchaser Trust, including the Trust
4     Defendants herein?
5          A.    Charge off an acceleration of a
6     loan due to a default.
7          Q.    Could you put that in layman's
8     terms?
9          A.    Generally speaking, it's
10    non-payment of the loan extending for six
11    months.
12              MR. HAWKINS:   Again, if we
13         could just have everybody hit mute on
14         their computer, I'd really appreciate
15         it.
16         Q.    So if a loan is believed to be
17    not being paid on time, it will no longer
18    be serviced by PHEAA; is that correct?
19         A.    Yes, if that delinquency
20    extends to six months, the servicing of
21    that loan transitions from PHEAA.
22         Q.    Transitions to?
23         A.    It would depend on the date of,
24    um, that event occurring.
25              So in today's environment it

Page 79

1                    Bradley Luke
2     would transition to TSI.
3          Q.     Okay.
4                 What about in -- before 2010,
5     to what entity would it transition?
6          A.     In 2009 it would transition to
7     First Marblehead Resources.
8          Q.     Okay.
9          A.     But the very beginning of 2009,
10    TERI still fulfilled some of the
11    guaranties, so TERI would have guarantied
12    the loan.
13                If it defaulted, let's say, in
14    January, depending on the Trust, TERI
15    could have guaranteed that loan and
16    assumed ownership of it and the loan
17    would be transferred to TERI, but by
18    middle to late of 2009, the pledged
19    accounts that we discussed briefly
20    earlier had no more funds so the loans
21    were transitioned, servicing rights from
22    PHEAA to First Marblehead Education
23    Resources.
24         Q.     Did any loans, to your
25    understanding, ever get transferred from