# Exhibit E

## to Hawkins Declaration

Plaintiffs' Motion for Class Certification

*Michelo et al. v. Nat'l Collegiate Student Loan Trust 2007-2 et al.,* No. 18-CV-1781

*Bifulco et al. v. Nat'l Collegiate Student Loan Trust 2004-2 et al.,* No. 18-CV-7692



# NCO Financial Systems, Inc.
# Affidavit & Media Ordering Manual
# V10.0

| | |
|---|---|
| Organizational Area(s): | *NCO Attorney Network Services* |
| Procedure For: | *Affidavit & Media Ordering Manual*<br>*V10.0* |
| Responsible Individual/Title: | *Shatrina Cosby*<br>*NCO Attorney Network Services*<br><br>*Walter Leicher*<br>*VP, Operations*<br>*NCO Attorney Network Services* |

## 2.0   Media Submission Process

Monday July 2, 2012, NCO implemented the first phase of the new media and affidavit processing system (MAPs). The table below identifies all active media and affidavit PCODEs for NCO along with a description for each.

| Media and Affidavit Firm Request Codes to NCO | PCODE Description |
|---|---|
| S126 | Request for Affidavit |
| S127 | Request for 12 months of Statements from Charge off Date |
| S128 | Request for Application |
| S129 | Request for Specific Statement Date Range (See Below) |
| Z105 | Request for Charge off statement |
| Z106 | Request for Terms /Card Member Agreements |
| Z107 | Request for Payment History |
| Z108 | Request for Deficiency Notice |
| Z111 | Request for Bill of Sale/Assignment |
| Z112 | Request for Loan Documents |
| Z113 | Request for Notice of Intent |
| Z114 | Request for Chain of Title |

| NCO Return Codes to Firms | PCODE Description |
|---|---|
| Z121 | Media Request is Fulfilled |
| Z128 | Media is Not Available |
| Z130 | Duplicate Request |

The return codes will identify which request is either fulfilled, not available, or a duplicate.

*Only the PCodes listed in the table above should be submitted for media or affidavit requests. All others will be marked as invalid and the request will be discarded.

**S129 P Code Comment Format:**

Specific Statement: MM/YYYY
Range of Statements: MM/YYYY – MM/YYYY

- *If you do not enter a statement range, your request will default to 12 months of statements from the charge –off date.*

The table below identifies the media available by client as well as the corresponding pcode for each. Please be sure you are only requesting media which the client provides.

*Media Ordering Manual*
*V10.0*

4

NCO Financial Systems, Inc.
February 2013

Confidential                                                                              TSI 002102

## Client PCode Availability Table

| ANS Client | S126 Affidavit | S128 Applications | S127-S129-Z105 Statements | Z107 Payment History | Z106 Terms/Card Member Agreements | Z111 Bill of Sale/Assignment | Z112 Loan Documents | Z114 Chain of Title |
|---|---|---|---|---|---|---|---|---|
| ▇▇ | X | X | X |  | X |  |  |  |
| ▇▇ | X | X | X |  | X |  |  |  |
| ▇▇▇▇▇▇ | X | X | X |  | X |  |  |  |
| ▇▇ | X |  | X |  | X |  |  |  |
| ▇▇▇ | X | X | X |  | X |  |  |  |
| ▇ | X | X | X |  | X |  |  |  |
| FMH/National Collegiate Trust | X |  |  | X |  |  | X |  |
| ▇▇ | X | X | X |  | X | X |  | X |
| ▇▇▇ | X | X | X |  | X | X |  | X |
| ▇▇▇ ▇▇▇▇▇ | X | X | X |  | X | X |  | X |
| ▇▇ ▇▇ | X | X |  | X | X |  | X |  |
| ▇ | X |  | X |  |  |  |  |  |

If you request an item that is not available by client, your request is invalid and you will receive a pcode Z128 for that request.

**Media Type Exceptions**

▇▇▇▇▇▇▇▇
- o Applications are not available prior to two years from the current year
- o Statements are not available prior to five years from the current year

▇▇▇▇▇
- o Statements are not available prior to 6 years from current year

▇▇▇▇▇▇▇▇▇▇
- o Statements are not available prior to 2007
- o Applications are not available prior to 2005

Prior to ordering media please ensure the following:

- o Account Status is active, inactive account statuses include but are not limited to:
  - o Garnishments
  - o SIF
  - o PIF
  - o Bankruptcy
  - o Judgment
  - o Deceased
  - o Recalled