# Exhibit H

## to Hawkins Declaration

Plaintiffs' Motion for Class Certification

*Michelo et al. v. Nat'l Collegiate Student Loan Trust 2007-2 et al.,* No. 18-CV-1781

*Bifulco et al. v. Nat'l Collegiate Student Loan Trust 2004-2 et al.,* No. 18-CV-7692

```
CITY COURT OF THE CITY OF TONAWANDA        INDEX #
COUNTY OF ERIE                                        SUMMONS
-------------------------------------------------
NATIONAL COLLEGIATE STUDENT LOAN              PLAINTIFF'S ADDRESS
TRUST 2004-2, A DELAWARE         PLAINTIFF,   800 BOYLSTON ST FL34
STATUTORY TRUST(S)                            BOSTON, MA 02199

      - AGAINST -                             DEFENDANT'S ADDRESSES
FRANCIS BUTRY                                 119 HIGHLAND AVE

                                 DEFENDANT(S). TONAWANDA NY 14150-3932
-------------------------------------------------
CONSUMER CREDIT TRANSACTION
```

COUNTY OF RESIDENCE OF DEFENDANT -       ERIE
COUNTY WHERE TRANSACTION TOOK PLACE -    ERIE
TO THE ABOVE NAMED DEFENDANT(S): FRANCIS BUTRY

YOU ARE HEREBY SUMMONED AND REQUIRED TO APPEAR IN THE
CITY COURT OF THE CITY OF TONAWANDA
COUNTY OF ERIE
200 NIAGARA ST              TONAWANDA NY
BY SERVING AN ANSWER* TO THE ANNEXED COMPLAINT UPON PLAINTIFFS ATTORNEY
AT THE ADDRESS STATED BELOW, OR IF THERE IS NO ATTORNEY, UPON THE
PLAINTIFF, AT THE ADDRESS STATED ABOVE WITHIN THE TIME PROVIDED BY LAW
AS NOTED BELOW;

UPON YOUR FAILURE TO ANSWER, JUDGMENT WILL BE TAKEN AGAINST YOU FOR THE
RELIEF DEMANDED IN THE COMPLAINT, TOGETHER WITH THE DISBURSEMENTS OF
THIS ACTION.
DATED THE   7 DAY OF NOVEMBER , 2013

```
     FILE NO.                    FORSTER & GARBUS LLP BY
MR50000142712                    ATTY(S) FOR PLTF
                                 60 MOTOR PARKWAY
                                 COMMACK NY 11725
ORIG ACCT# END IN: 1000          (631) 393-9400
```

NOTE: THE LAW PROVIDES THAT:
  (A) IF THIS SUMMONS IS SERVED BY ITS DELIVERY TO YOU PERSONALLY WITHIN
THE COUNTY OF ERIE         YOU MUST APPEAR AND ANSWER WITHIN 10 DAYS AFTER
SUCH SERVICE: OR
  (B) IF THIS SUMMONS IS SERVED BY DELIVERY TO ANY PERSON OTHER THAN YOU
PERSONALLY, OR IS SERVED OUTSIDE THE COUNTY OF ERIE         , OR BY PUBLI-
CATION, OR BY ANY MEANS OTHER THAN PERSONAL DELIVERY TO YOU WITHIN THE
COUNTY OF ERIE         YOU ARE ALLOWED 30 DAYS AFTER SERVICE IS COMPLETE
WITHIN WHICH TO ANSWER.

* YOU NEED NOT PHYSICALLY GO TO THE COURT TO SERVE AN ANSWER.


DEFENDANT'S POB:

Plaintiffs' 000366

```
CITY COURT OF THE CITY OF TONAWANDA
COUNTY OF ERIE                                              FORMAL COMPLAINT
-----------------------------------------------
NATIONAL COLLEGIATE STUDENT LOAN
TRUST 2004-2, A DELAWARE                      PLAINTIFF,
STATUTORY TRUST(S)

         - AGAINST -
FRANCIS BUTRY
                                            DEFENDANT(S).
-----------------------------------------------
```

PLAINTIFF, BY ITS ATTORNEY(S), COMPLAINING OF THE DEFENDANT(S), UPON INFORMATION AND BELIEF, ALLEGES:

1. THAT THE DEFENDANT(S) RESIDES IN THE CITY IN WHICH THIS ACTION IS BROUGHT; AND THAT THE DEFENDANT(S) TRANSACTED BUSINESS WITHIN THE COUNTY IN WHICH THIS ACTION IS BROUGHT IN PERSON OR THROUGH HIS AGENT AND THAT THE INSTANT CAUSE OF ACTION AROSE OUT OF SAID TRANSACTION
2. PLAINTIFF IS AUTHORIZED TO PROCEED WITH THIS ACTION.
3. UPON INFORMATION AND BELIEF DEFENDANT(S) BORROWED MONEY FROM PLAINTIFF OR PLAINTIFF'S ASSIGNOR PURSUANT TO A PROMISSORY NOTE.
4. DEFENDANT(S) HAS DEFAULTED ON SAID AGREEMENT AND $ 8,419.32 IS NOW DUE, NO PART OF SAID SUM HAS BEEN PAID ALTHOUGH DULY DEMANDED.

5. DEFENDANT(S) IS IN DEFAULT AND DEMAND FOR PAYMENT HAS BEEN MADE.

2ND CAUSE/ACTION: PLAINTIFF STATED AN ACCOUNT TO DEFENDANT WITHOUT OBJECTION THAT THERE IS NOW DUE PLAINTIFF FROM DEFENDANT(S) THE AMOUNT SET FORTH IN THE COMPLAINT, NO PART OF WHICH HAS BEEN PAID, ALTHOUGH DULY DEMANDED.

WHEREFORE, PLAINTIFF DEMANDS JUDGMENT AGAINST DEFENDANT(S) FOR THE SUM OF 8,419.32
TOGETHER WITH THE DISBURSEMENTS OF THIS ACTION

```
UNDERSTAND THAT ANY INFORMATION WE          FORSTER & GARBUS LLP
OBTAIN WILL BE USED FOR THE PURPOSE         ATTORNEY(S) FOR PLAINTIFF
OF ATTEMPTING TO COLLECT THIS DEBT.         60 MOTOR PARKWAY
                                            COMMACK, NY 11725
```

DATED: THE  7 DAY OF NOVEMBER , 2013

MICHAEL LEINOFF   JOEL D. LEIDERMAN   KEVIN M. KNAB

PURSUANT TO PART 130-1.1-a OF THE RULES OF THE
CHIEF ADMINISTRATOR THIS SIGNATURE APPLIES
TO THE ATTACHED SUMMONS AND COMPLAINT

Plaintiffs' 000367

```
TONAWANDA CITY COURT
      RECEIPT # 94519

DATE: 11-15-2013  TIME: 15:17
CASE #: CV-Q00264-13/TO   NATIONAL
COLLEGIATE STUDENT LOAN
DEFENDANT: FRANCIS BUTRY
RECEIVED FROM: FORSTER & GARBUS LLP

1-FILE SUMMONS/1ST PAPER      45.00
1-CONSUMER CREDIT FEE         95.00

TOTAL DUE:                   140.00
PAYMENTS:
   CHECK #178125             140.00
AMOUNT TENDERED:             140.00
OPERATOR: CAB    REGISTER#: 1
```

Plaintiffs' 000368

**CITY COURT OF THE CITY OF TONAWANDA**
**COUNTY OF ERIE**

**Job # 213402**

**AFFIDAVIT OF SERVICE**

Index no : **264-13**
Date Index Number Purchased: **11/15/2013**

| PLAINTIFF(S): | NATIONAL COLLEGIATE STUDENT LOAN TRUST 2004-2, A DELAWARE STATUTORY TRUST(S) |
|---|---|
| DEFENDANT: | FRANCIS BUTRY |

STATE OF NEW YORK
COUNTY OF ERIE    ss.:

**MICHELE REGAN**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the STATE OF NEW YORK.

On **12/09/2013** at **8:02 AM**, I served the within **SUMMONS AND FORMAL COMPLAINT** on **FRANCIS BUTRY** at **119 HIGHLAND AVE, TONAWANDA, NY 141503932** in the manner indicated below:

AFFIXED TO DOOR: By affixing a true copy of each to the door of said premises, which is recipient's usual place of abode within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat: **12/02/2013 at 7:16 PM, 12/06/2013 at 4:07 PM, 12/09/2013 at 8:02 AM,**

Pursuant to CPLR – Section 308(4) On **12/10/2013**, service was completed by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope not indicating that the mailing was from an attorney or concerned legal action and marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office.

Comments: **VERIFIED BY DOWNSTAIRS TENANT.**

Sworn to and subscribed before me on
December 11, 2013
by an affiant who is personally known to
me or produced identification.

NOTARY PUBLIC
My Commission Expires: _____

TAMMY L MICHALSKI
Notary Public, State of New York
No. 01MI6115835
Qualified in Erie County
Commission Expires September 13, 2016

X MICHELE REGAN

North American Process Serving, LLC.
2801 Wehrle Drive
Williamsville, NY 14221
716.565.0258
Atty File#: MR50000142712

CITY COURT OF THE CITY OF TONAWANDA
COUNTY OF ERIE

NATIONAL COLLEGIATE STUDENT
LOAN TRUST 2004-2
A Delaware Statutory Trust(s)    )
                                 )
                                 )
                                 )
Plaintiff                        )    Docket #CV000264-13
                                 )
                                 )
v.                               )
                                 )
FRANCIS BUTRY                    )
                                 )
                                 )
Defendant(s)                     )

### AFFIDAVIT AND VERIFICATION OF ACCOUNT

STATE OF GEORGIA         )
                         )
COUNTY OF GWINNETT       )

BEFORE ME, the undersigned authority, personally appeared Affiant _____Jonathan Boyd_____, who being first duly sworn, deposes and states:

1. I am employed by NCO Financial Systems, Inc. (hereinafter NCO), the designated Custodian of Records for Plaintiff pertaining to the Defendant's education loan(s) forming the subject matter of the above-captioned Complaint. I am duly authorized by Plaintiff to make the representations contained in this Affidavit and I am over the age of 18 and competent to testify to the matters stated in this Affidavit.

2. I am competent and authorized to testify relating to this action through personal knowledge of the business records, including the electronic data, sent to NCO that detail the education loan records. I also have personal knowledge of the record management practices and procedures of Plaintiff and the practices and procedures Plaintiff requires of its loan servicers and other agents.

Plaintiffs' 000370

3. This lawsuit arose out of an unpaid loan or loans owed by defendant FRANCIS BUTRY to Plaintiff. Specifically Defendant entered into an education loan agreement at Defendant's special instance and request. A loan was extended for Defendant to use pursuant to the terms of the loan agreements. Defendant has failed, refused, and/or neglected to pay the balance or balances pursuant to the agreed repayment schedule or schedules.

4. Education loan account records are compiled and recorded as part of Plaintiff's regularly conducted business activity at or near the time of the event and from information transmitted from a person with knowledge of said event, by or from information transmitted by a person with knowledge of the accounts or events described within the business record. Such records are kept, maintained, and relied upon in the course of ordinary and regularly conducted business activity.

5. I am familiar with the education loan records within my possession as custodian of records related to this matter. I have been authorized by Plaintiff to make this certification on behalf of Plaintiff for this case.

6. I have reviewed the education loan records as business records described in this affidavit regarding account number xxxxx4337/001-001000. No payment has been made since 7/8/2014. After all payments, credits and offsets have been applied, defendant FRANCIS BUTRY owes the principal sum of $ 7,694.43, together with accrued interest in the amount of $ 474.89, totaling the sum of $ 8,169.32 as of 8/30/2014. Attached hereto and incorporated as Exhibit "A" is a true copy of the underlying Credit Agreement/Promissory Note. In the event the Defendant(s) faxed the executed Credit Agreement/Promissory Note, per its terms they agreed their facsimile/electronic signature is deemed to be an original. Under applicable federal and state law, all copies of signatures executed via facsimile or electronic email are considered to be legal, binding agreement.

7. Based on records maintained by Plaintiff, the Defendant is not a minor or incompetent. A reasonable inquiry has been made to determine if the Defendant is in the military service of the United States of America, and to the best of my knowledge, Defendant is not in such military services and is therefore not entitled to the rights and privileges provided under the Soldiers and Sailors Civil Relief Act of 1940, as amended.

8. I declare under the penalty of perjury under the laws of the forum state that the foregoing is true and correct to the best of my knowledge, information and belief.

FURTHER AFFIANT SAYETH NAUGHT.

_____
AFFIANT

Print Name: _____Jonathan Boyd_____

Title: ____Firm Relationship Analyst____

SWORN AND SUBSCRIBED to before me this __3__ day of __September__, 20__14__

_____
NOTARY PUBLIC

My Commission Expires on   July 31, 2017

I am attorney-at-law admitted to practice in the State of GEORGIA and do hereby certify that the acknowledgment of proof upon the above document was taken in the manner prescribed by the laws of the State of GEORGIA and conforms to the laws thereof. IN WITNESS WHEREOF, I have hereunto set my hand this __3__ day of __September__, 20__14__.

KRISTIAN KNOCHEL
GEORGIA BAR # 426673
_____
Printed Name

_____
Signature

FORSTER & GARBUS ATTYS FOR PLAINTIFF
60 MOTOR PARKWAY, COMMACK NY 11725
631-393-9400  8/30/2014

# EXHIBIT A

RECEIVED
2014 SEP 18 PM 3:50
TONAWANDA CITY COURT
TONAWANDA, NY

Plaintiffs' 000373

## NOTE DISCLOSURE STATEMENT

$ __5,347.59__  
Loan No. __02437538__

Borrower(s): __FRANCIS A BUTRY__  
__CLARA BUTRY__

Student: __FRANCIS A BUTRY__  
Date: __September 27, 2004__

FRANCIS A BUTRY  
3803 PACKARD ROAD  
NIAGARA FALLS, NY 14303

Lender Name and Address:  
BANK ONE, N.A. (OHIO)  
100 EAST BROAD STREET  
COLUMBUS, OH 43125

This disclosure statement relates to your Loan Note disbursed on September 27, 2004. Because your Loan is either being disbursed or entering repayment, or the repayment terms are being modified, the following information about your Loan is being given to you.

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments scheduled. |
| 6.351 % | $ 5,764.00 | $ 5,000.00 | $ 10,764.00 |

Your payment schedule will be:

| Number of Payments | Amount of Payments | When Payments are due |
|---|---|---|
| 240 | $ 44.85 | On the 5th day of each month beginning on 12/2007 |

**VARIABLE RATE:** The Annual Percentage Rate, which is based on an index plus a margin, may increase during the term of the loan if the index rate increases. The index is (check one):

☐ Prime Rate Index Adjusted Monthly - The highest U.S. bank prime rate published in the "Money Rates" section of The Wall Street Journal on the last business day of each calendar month.

☐ Prime Rate Index Adjusted Quarterly - The highest U.S. bank prime rate published in the "Money Rates" section of The Wall Street Journal on the last business day of each calendar quarter.

☒ LIBOR Index Adjusted Quarterly - The average of the one-month London Interbank Offered Rates published in the "Money Rates" section of The Wall Street Journal on the first business day of each of the three (3) calendar months immediately preceding the first day of each calendar quarter.

Any increase in the index and the Annual Percentage Rate which occurs while principal payments are deferred will increase the amount of any current and all future payments. Any increase in the index and the Annual Percentage Rate which occurs while principal and interest payments are deferred will increase the amount of all future payments. Any increase in the Annual Percentage Rate which occurs after you have begun to make principal and interest payments on your loan will increase the amount of your future principal and interest payments beginning with your next annual payment adjustment date. For example, assume you obtain a loan in your junior year, in the amount of $10,000, at an interest rate of 11%, and you defer principal and interest payments until after your graduation, and the repayment term of the loan is 20 years. If the interest rate increased to 12% on January 1st of your senior year, the interest which accrues while principal and interest payments are deferred will increase by $91.01, and your monthly principal and interest payments would increase by $9.37.

**SECURITY:** You have given a security interest in all refunds or amounts owed to you at any time by the student's educational institution. Collateral securing other loans with the Lender may also secure this Loan.

**LATE CHARGES:** If a payment is more than 15 days late, you may be charged $5.00 or 5% of the payment, whichever is less. If you default, Lender (or any subsequent holder or any subsequent holder of your Loan Note) may increase the margin used to compute the Annual Percentage Rate by two percentage points (2%).

**PREPAYMENT:** If you pay off early, you will not have to pay a penalty.

See your contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, any security interest and prepayment refunds and penalties.

**Estimates:** All numerical disclosures except the late payment disclosure are estimates.

Principal Amount of Note (Amount Financed plus Prepaid Finance Charge)    $ __5,347.59__

Itemization of Amount Financed  
Amount paid to FRANCIS A BUTRY and    $ _____  
Amount paid to CLARA BUTRY    $ __5,000.00__  
Total Amount Financed    $ __5,000.00__

Itemization of Prepaid Finance Charge  
Origination Fee    $ __347.59__  
Total Prepaid Finance Charge(s)    $ __347.59__

TRAJ 603 9774 311    EOTUDP   Education One Undgrad Def P&I    File Copy

TOWN OF TONAWANDA CITY COURT TONAWANDA NY
2011 SEP 18 PM 3:50
RECEIVED

Plaintiffs' 000374

56204 096028

| *Cosigned* | Loan Request/Credit Agreement – Signature Page |

NON-NEGOTIABLE CREDIT AGREEMENT – THIS IS A CONSUMER CREDIT TRANSACTION

## LOAN PROGRAM INFORMATION

Education One® Education One Undergraduate Loan

Academic Period: 08/2004-12/2004

Lender: Bank One, N.A.    School: NIAGARA UNIVERSITY

Loan Amount Requested: $5000.00    Repayment Option: Deferred Principal and Interest

Deferral Period Margin: 4.65    Repayment Period Margin: 4.65    Loan Origination Fee Percentage: 6.50

## STUDENT BORROWER INFORMATION (Must be at least 18 years of age)

Borrower Name: Francis A Butry    Home Address: 3803 Packard Road Niagara Falls, NY 14303
Social Security #: ████4337    Date of Birth: ████1983    Home Telephone: 7162821670
Student Citizenship (check one box):  ☒ U.S. Citizen    ☐ Eligible Non-Citizen (Attach front & back copy of INS or student visa card)
Note: Personal reference name and address cannot match that of the Cosigner.
Personal Reference Name: Susan Butry    Reference Home Tel #: (716) 299-1911    Work Tel #:
Reference Street Address: 1722 Pine Avenue
Reference City/State/Zip: Niagara Falls, NY 14303

## COSIGNER INFORMATION (Must be at least 18 years of age)

Cosigner Name: Clara Butry    Home Address: 3022 Livingston Avenue Niagara Falls, NY 14303
Social Security #: ████4026    Date of Birth: ████1922    Home Telephone: 7162849296
Have you ever defaulted on a student loan or declared bankruptcy?  ☒ No  ☐ Yes
Current Employer:    Employer Telephone: 7162849296
Current Position: Retired    Years There:
Years at Previous Employment:
Alimony, child support, or separate maintenance incomes do not have to be revealed if you do not want them considered for repaying this obligation. If you are relying on such additional income, please provide details on a separate sheet of paper.

Cosigner Citizenship (check one box):  ☒ U.S. Citizen    ☐ Eligible Non-Citizen (Attach front & back copy of INS)
Note: Personal reference name and address cannot match that of the Borrower.
Personal Reference Name: David A Butry    Reference Home Tel #: (585) 377-7834    Work Tel #:
Reference Street Address: 28 Crystal Spring Lane
Reference City/State/Zip: Fairport NY 14450

By my signature, I certify that I have read, understand and agree to the terms of and undertake the obligations set forth on all four (4) pages of this Loan Request/Credit Agreement EO.04-05.CSX1.10.0104 ("Credit Agreement"). I understand that any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties, which may include fines or imprisonment. This Credit Agreement is signed under seal. I understand that I am not required to fax my signature on or to sign electronically this Credit Agreement and any related notices that require signature. If I choose to fax my signature on or to sign electronically this Credit Agreement and any related notices that require signature, I intend: (i) my fax or electronic signature to be an electronic signature under applicable federal and state law, (ii) any fax printout or printout of Lender's electronic record of this Credit Agreement and related notices to be an original document, (iii) to conduct business with the Lender by electronic records and electronic signatures, and (iv) that this Credit Agreement will not be governed by Article 3 of the Uniform Commercial Code, and my obligations under this Credit Agreement will not be subject to, but any transfer of my obligations will be subject to, Article 9 of the Uniform Commercial Code. I, the Cosigner, have read the applicable cosigner notice(s).

FOR ALABAMA RESIDENTS: CAUTION – IT IS IMPORTANT THAT YOU THOROUGHLY READ THE CONTRACT BEFORE YOU SIGN IT.
FOR WISCONSIN RESIDENTS : NOTICE TO CUSTOMER:
(a) DO NOT SIGN THIS CREDIT AGREEMENT BEFORE YOU READ THE WRITING ON THE FOLLOWING PAGES, EVEN IF OTHERWISE ADVISED.
(b) DO NOT SIGN THIS CREDIT AGREEMENT IF IT CONTAINS ANY BLANK SPACES.
(c) YOU ARE ENTITLED TO AN EXACT COPY OF ANY AGREEMENT YOU SIGN.
(d) YOU HAVE THE RIGHT AT ANY TIME TO PAY IN ADVANCE THE UNPAID BALANCE UNDER THIS AGREEMENT AND YOU MAY BE ENTITLED TO A PARTIAL REFUND OF THE FINANCE CHARGE.

PLEASE SIGN BELOW – RETURN This Page With Proof of Income and Other Information (if applicable) –
FAX TO: 800-704-9407

Signature of Borrower: _[signed]_    Date: 8/27/04

BY SIGNING THIS CREDIT AGREEMENT BELOW, I CERTIFY THAT I INTEND TO (I) APPLY FOR JOINT CREDIT AND (II) BE JOINTLY LIABLE WITH THE BORROWER FOR THIS LOAN.

Signature of Cosigner: _Clara A Butry_    Date: 8/26/04

EO.04-05.CSX1.10.0104
PN03_EO_04-05_CSX1_F_X_BUTRY_A102437538.pdf    LENDER COPY    EOTUDP

Plaintiffs' 000375

Department of Defense Manpower Data Center

Results as of: Sep-10-2014 06:56:18 AM
SCRA 3.0



Status Report
Pursuant to Servicemembers Civil Relief Act

Last Name: BUTRY
First Name: FRANCIS
Middle Name:
Active Duty Status As Of: Sep-10-2014

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |

This response reflects the individuals' active duty status based on the Active Duty Status Date

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |

This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |

This response reflects whether the individual or his/her unit has received early notification to report for active duty

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

File #: MR50000142712

Plaintiffs' 000376

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL: http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 521(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

Certificate ID: ADA8H20320FEE50

File #: MR50000142712

Plaintiffs' 000377

```
CITY COURT OF THE CITY OF TONAWANDA          Index #        264/13
COUNTY OF ERIE                                Account# 0000142712
-------------------------------------         Our Ref# MR50000142712
NATIONAL COLLEGIATE STUDENT LOAN
TRUST 2004-2, A DELAWARE
STATUTORY TRUST(S)
                                              NON-MILITARY
                    Plaintiff,                AFFIRMATION
        -against-                             AND NON-EXPIRATION OF
                                              STATUTE OF LIMITATIONS
                                              AFFIRMATION

FRANCIS BUTRY
                    Defendant.
-------------------------------------
```

JOEL D. LEIDERMAN an attorney duly admitted to practice in the courts of this state, affirms the following to be true under penalties of perjury:

1. I am associated with FORSTER & GARBUS LLP, the attorneys for the plaintiff, and I am fully familiar with the facts set forth in this affirmation based upon my personal knowledge or review of the file maintained by our office with respect to this action.

2. This affirmation is made pursuant to the United Stated Soldiers and Sailor's Relief Act of 1940, as amended, 50 U.S.C.A. App. Secs. 501 et. Seq. for the purpose of the entry of judgment against FRANCIS BUTRY
defendant(s) in the above entitled action

3. I provided the Department of Defense with the pertinent information about the defendent(s), such as date(s) of birth and/or social security number(s) which I know because that information was communicated to our office at the time this account was referred to our office. I requested that a military investigation be conducted.

4. Based upon the response I received from the Department of Defense Manpower Data Center dated ____09/10/14____ I am convinced that the defendant(s) is not on Active Duty Status in any branch of the United States military.

5. The cause of action accrued in DE. The statute of limitations for that state is 6 years. After making reasonable inquiry into this account, I have reason to believe that the statute of limitations had not expired at the time of the commencement of this lawsuit.

6. On information and belief the plaintiff herein is either an original creditor or, if a debt buyer the purchase was made prior to 1/1/11.

Dated: Commack, New York
       09/10/14

                                        _____
                                        JOEL D. LEIDERMAN

                                        Forster & Garbus LLP
                                        60 Motor Parkway, Commack, NY 11725
                                        (631) 393-9400        09/10/14

Plaintiffs' 000378

```
INDEX NO. CV-000264-13/TO
CITY COURT OF THE CITY OF TONAWANDA
COUNTY OF ERIE
-------------------------------------------
NATIONAL COLLEGIATE STUDENT LOAN
TRUST 2004-2, A DELAWARE
STATUTORY TRUST(S)

                              PLAINTIFFS,
              AGAINST
FRANCIS BUTRY
                              DEFENDANTS.
0000142712            MR50000142712
-------------------------------------------
    JUDGMENT      ON DEFAULT *
-------------------------------------------

AMOUNT CLAIMED IN COMPLAINT   $    8,419.32
LESS PMTS THRU   7/02/14      $      250.00

BALANCE OF CLAIM AMOUNT DUE   $    8,169.32
INTEREST WAIVED               $         .00
ATTORNEYS FEES WAIVED         $         .00
                                   --------
                              $    8,169.32
COSTS BY STATUTE                  50.00
SERVICE OF SUMMONS & COMP         30.00
FILING OF SUMMONS & COMP         140.00
MOTION FEE
PROSPECTIVE EXECUTION FEE
TRANSCRIPT & DOCKETING            16.00
MILITARY AFF FEE                   1.50
SATISFACTION PIECE
            SUBTOTAL             237.50
            TOTAL            $  8,406.82
 * PURSUANT TO FDCPA, PLEASE TAKE     *
 * NOTICE THAT FORSTER & GARBUS LLP   *
 * IS A DEBT COLLECTOR.               *

JUDGMENT ENTERED ON:

JUDGMENT IS RENDERED IN FAVOR OF THE
PLAINTIFF
NATIONAL COLLEGIATE STUDENT LOAN
TRUST 2004-2, A DELAWARE
STATUTORY TRUST(S)

800 BOYLSTON ST FL34 BOSTON, MA 02199

AND AGAINST THE FOLLOWING DEFENDANT(S)
FRANCIS BUTRY
119 HIGHLAND AVE
TONAWANDA NY 14150




AS HEREIN ABOVE COMPUTED IN THE SUM
OF $  8,406.82
AND IT IS ADJUDGED THAT THE PLAINTIFF
HAS EXECUTION THEREFORE.


                                  , CLERK
-------------------------------------------
```

STATE OF NY, COUNTY OF SUFFOLK   SS:
JOEL D. LEIDERMAN AFFIRMS TRUE UN-
DER PENALTY OF PERJURY: HE IS ASSOC
WITH PLAINTIFF'S ATTY, ADMITTED TO
PRACTICE IN NY;DISBURSEMENTS SPECI-
FIED HEREIN, HAVE BEEN OR WILL
NECESSARILY BE MADE OR INCURRED,ARE
REASONABLE IN AMOUNT; SERVICE OF
SUMMONS AND COMPLAINT HAS BEEN
MADE UPON DEFENDANT BY PERSONAL/SUB
SERVICE AS APPEARS BY AFFIDAVIT
OR ACKNOWLEDGEMENT OF SERVICE. THE
TIME OF DEFENDANT/S TO APPEAR
OR ANSWER HAS EXPIRED AND THE DE-
FENDANT/S HAVE NOT APPEARED OR AN-
SWERED.THIS AFFIRMATION IS MADE IN
COMPLIANCE WITH 50 USCS APPX SECS
501 ET SEQ AND N.Y.M.L. 300-328.
THE DEFENDANT IS NOT AT THE
PRESENT TIME IN THE MILITARY OR
NAVAL SERVICE OF THE USA OR OF
ANY ALLIED NATION OF THE USA AS
SUCH TERM IS DEFINED BY THE ACTS OF
CONGRESS. I BASE SUCH STATEMENTS
ABOVE UPON THE FACTS STATED IN THE
ATTACHED DOD MANPOWER DATA REPORT.
AFFIRMANT GAVE ADDITIONAL
NOTICE OF THIS ACTION TO DEFENDANTS
BY MAILING A COPY OF THE SUMMONS
IN FIRST CLASS POSTAGE PAID
ENVELOPES MARKED "PERSONAL AND
CONFIDENTIAL" WITH NO INDICATION
THAT IT WAS FROM AN ATTORNEY OR
CONCERNED AN ALLEGED DEBT
ON                     1/02/14
BY DELIVERING IT TO AN EMPLOYEE OF
THE USPS AT OUR OFFICES (USPS
DOMESTIC MAIL MANUAL SEC. 507
SUB 6.0 ET. SEQ.)
THE ENVELOPES WERE ADDRESSED TO

FRANCIS BUTRY

THE DEFENDANT/S   AT
119 HIGHLAND AVE
TONAWANDA NY 14150


THIS BEING THE LAST KNOWN RESIDENCE
OF THE DEFENDANT/S.
     MORE THAN 20 DAYS HAVE ELAPSED
SINCE THEN, AND THE SUMMONS SO
MAILED HAS NOT BEEN RETURNED BY THE
USPO AS UNDELIVERABLE.
I AFFIRM THE SUMMONS AND COMPLAINT
AND AFFIDAVIT (OR ACKNOWLEDGMENT)
HAVE BEEN FILED IN THIS COURT UNDER
THE ABOVE INDEX #.



DATED:  9/10/14
                  JOEL D. LEIDERMAN
FORSTER & GARBUS LLP, ATTYS FOR PLTF
60 MOTOR PKWY, COMMACK, NY 631-393-9400