# EXHIBIT 1-C

# FILED UNDER SEAL