# EXHIBIT 1-D

# FILED UNDER SEAL