# Exhibit L

## to Hawkins Declaration

Plaintiffs' Reply in Further Support of Motion for Class Certification

*Michelo et al. v. Nat'l Collegiate Student Loan Trust 2007-2 et al.,* No. 18-CV-1781

*Bifulco et al. v. Nat'l Collegiate Student Loan Trust 2004-2 et al.,* No. 18-CV-7692

1                         -  -  -

2              UNITED STATES DISTRICT COURT

3           FOR THE SOUTHERN DISTRICT OF NEW YORK

4                         -  -  -
   MICHELO, et al/BIFULCO,   ) CIVIL ACTION NO.
5  et al,                    ) 18 Civ. 1781;
                             ) 18 Civ. 7692
6          Plaintiffs,       )
                             )
7                            ) VIRTUAL DEPOSITION OF
                             ) VALERIE E. WATTS, ESQ.
8                            )
      -vs-                   )
9                            )
                             )
10                           )
                             )
11 NAT'L COLLEGIATE          )
   STUDENT LOAN TRUST        )
12 2007-2, et al./ NAT'L     )
   COLLEGIATE STUDENT LOAN
13 TRUST 2004-2, et al.,

14         Defendants.

15

16

17
                         -  -  -
18

19

20 REPRODUCTION OF THIS TRANSCRIPT IS PROHIBITED WITHOUT
   AUTHORIZATION FROM THE CERTIFYING AGENCY

21

22

23

24

25

```
 1    speaking.  I'm not hearing it when we make

 2    objections.  I only hear it when you're asking

 3    questions.  That's why I suggested it.

 4                    (Discussion held off the

 5    record.)

 6    BY MR. HAWKINS:

 7        Q.    Ms. Watts, I'm sorry to ask you to

 8    do this.  Can you try to move that speakerphone

 9    as close as possible to you?

10        A.    It's as close to me as it can get.

11    It's right here.

12                    (Discussion held off the

13    record.)

14    BY MR. HAWKINS:

15        Q.    If you go back to the screen,

16    Ms. Watts, maybe you can take the receiver with

17    you.

18        A.    That's fine.

19        Q.    Ms. Watts, do you know what chain of

20    title means in the context of a State Court

21    case like the 761/14 Bronx action?

22        A.    I don't understand your question.

23        Q.    Sure.  Let me back up a little bit.

24    Have you ever heard the term "chain of title"

25    before?
```

```
 1        A.    I went to law school, yes, I have

 2   heard the term "chain of title."

 3        Q.    Have you ever heard the term "chain

 4   of title" used in the context of a State Court

 5   action like this Bronx Court 761/14 action that

 6   we have been looking at court documents in?

 7        A.    I believe that the student loans,

 8   they refer to it as a roster, not a chain of

 9   title.

10        Q.    They refer to it as a roster?

11        A.    A roster, sorry.

12        Q.    Okay.  And what is your

13   understanding of what the roster is?

14        A.    I believe, and I'm not a hundred

15   percent clear, the roster shows the loan going

16   from the bank that lended the money into the

17   Trust.

18        Q.    Okay.  So what type of document is

19   the roster?

20        A.    What type of document?

21        Q.    Yeah.  Like, is it a PDF?  Is it

22   Microsoft Word?

23        A.    I only know what I have seen, and I

24   have only seen them in PDF.  I don't know how

25   they created it.  I don't know how they're
```