# Exhibit P

## <u>to Hawkins Declaration</u>

Plaintiffs' Reply in Further Support of Motion for Class Certification

<u>*Michelo et al. v. Nat'l Collegiate Student Loan Trust 2007-2 et al.,*</u> No. 18-CV-1781

<u>*Bifulco et al. v. Nat'l Collegiate Student Loan Trust 2004-2 et al.,*</u> No. 18-CV-7692

File    Screen    Options    Letters    Dialer    ProSrv/AOF

```
Account# MR50000142712    Ref# 0000142712              71 MS ORTIZ
F&G  NATIONAL COLLEGIATE STUDE 04:58 PM Referd:  6/05/2013 Bal Due:  11,505.73
Debtor Name: BUTRY/FRANCIS/              Hold: P 08/27/2018 Activity: PROBLEM
MESSAGES
     017    061713 CODEF DEBTOR NAME (PREV             MARYS
     017    BUTRY/CLARA/
     018     6/17/13 SEVERED CO-D DECEASED                 MS
     018    081313 Summons requested by MARYS
     019    081613 Summons Approved by MAG
     019    08/19/13 SENT S&C TO P/S "V" FOR INDEX # AND SVC    KE
     020    09/03/13 Index# 673/13 Filed 08/30/13
     020    Expires 12/28/13
     021    Index# Purchased By P/S - "V" SMART SERVE PROCESS
     021    09/03/13 AOF Produced                  LG040L
     022    10/01/13 Notice of Discontinuance Produced CBELI
     022    100113 )))) REVERSE SUMMONS;   - 8/16/13 CBELI
     023    10/01/13 Removed Index # 673/13    P/S - "V"
     023    10/02/13 Document SUMCOMPRCT scanned BCART
     024    101013  MLD SOD TO CT & CPY TO C  SB
     024    10/23/13 RECD SIGNED AOF FROM CLIENT              JR     ++
ENTER-Continue   F3=Exit Program   F5=Page Back   F6=New Debtor   F8=Payments
                                  F21=Dial F22=Hang Up MAPON     10/25/18
```

Confidential

Account Notes                          Forster & Garbus                          2018-10-25

Client Name:  NATIONAL COLLEGIATE STUDE      Group:  SLMSA
       Ref:  0000142712                       F&G:  MR50000142712
Debtor Name:  BUTRY/FRANCIS/                  SSN:  Redacted
    Address:  119 HIGHLAND AVE           Ref Date:  20130605
              TONAWANDA
              NY NY 141503932

| Date | Time | Code | Memo | User ID |
|---|---|---|---|---|
| 2013-08-09 | 0822 | CHNG | Call date changed SUPV INQ | CBELI |
| 2013-08-13 | 0922 | ACTR | H/P No Phone frm ACCURINT "DA". | ACTRCVFLES |
| 2013-08-13 | 2033 | CHNG | DEF ADDRESS   (PREVIOUS) | MARYS |
| 2013-08-13 | 2033 |  | PO BOX 2832 | MARYS |
| 2013-08-13 | 2033 | CHNG | DEF CTY ST ZIP   (PREVIOUS) | MARYS |
| 2013-08-13 | 2033 |  | NIAGARA FALLS NY 143022832 | MARYS |
| 2013-08-13 | 2033 | CODE | LKHA REMOVED | MARYS |
| 2013-08-13 | 2033 | HOLD | code changed from 'S' to ' ' | MARYS |
| 2013-08-13 | 2033 | MRSH | ADDR FROM LINKED ACCT | MARYS |
| 2013-08-16 | 1127 | BNKO | Sent to Banko. (S&C) | SCBBNKSND |
| 2013-08-16 | 1127 | MLTY | Sent to Military (S&C) | SCBMLTSND |
| 2013-08-16 | 1138 | DECD | No Deceased From Lexis/Nexis (S&C) | SCBDECOPD |
| 2013-08-16 | 1138 | BNKO | PER BANKO N/L (S&C) | SCBBNKUPD |
| 2013-08-16 | 1138 | MLTY | No Military Listing Found (S&C) | SCBMLTUPD |
| 2013-09-04 | 1746 | SCAN | Document DODSUM scanned | IMSOWNER |
| 2013-09-09 | 0707 | MSTS | Sent to Master Files | WATERFALL |
| 2013-09-09 | 1802 | SCAN | Document SERVPIC scanned | QPGMR |
| 2013-09-10 | 0658 | MSTR | H/P No Phone frm Master File. | WFMSTRCVD |
| 2013-09-18 | 1130 | SKIP | VWD LNK ACCT HA SME | FWARD |
| 2013-09-18 | 1131 |  | PER ACRNT C CURNT HA  SME APT 3  2/08- | FWARD |
| 2013-09-18 | 1131 |  | 8/13 NO HP | FWARD |
| 2013-09-24 | 0946 | REJT | S&C RETURNED FROM P/S MOVED PER MAIL | MMERC |
| 2013-09-24 | 0946 |  | CARRIER- GV TO SKIP | MMERC |
| 2013-09-24 | 0946 | HOLD | code changed from ' ' to 'S' | MMERC |
| 2013-09-24 | 0946 | CODE | LKHA SET | MMERC |
| 2013-09-30 | 1122 | SKIP | VWD LNK ACCT HA SME APT 1 HA NO GOOD | FWARD |
| 2013-09-30 | 1124 |  | PER ACRNT C CURNT HA SME 2/08-8/13 | FWARD |
| 2013-09-30 | 1124 |  | NO HP /ACRNT GVE ANTHR CURNT HA 119 | FWARD |
| 2013-09-30 | 1125 |  | HIGHLAND AVE TONAWANDA NY 14150 NO D | FWARD |
| 2013-09-30 | 1125 |  | TES NO HP | FWARD |
| 2013-09-30 | 1126 |  | SND SC TO HA  FRM ACRNT | FWARD |
| 2013-09-30 | 1127 | CHNG | DEF ADDRESS   (PREVIOUS) | FWARD |
| 2013-09-30 | 1127 |  | 1957 CUDABACK AVE | FWARD |
| 2013-09-30 | 1127 | CHNG | DEF CTY ST ZIP   (PREVIOUS) | FWARD |
| 2013-09-30 | 1127 |  | NIAGARA FALLS NY 143021750 | FWARD |
| 2013-09-30 | 1127 | CODE | LKHA REMOVED | FWARD |
| 2013-09-30 | 1127 | HOLD | code changed from 'S' to ' ' | FWARD |
| 2013-09-30 | 1128 |  | FOUND NEW HA IN DFRNT VENUE | FWARD |
| 2013-10-01 | 0956 | REJN | REV S&C/LTR TO NEW HA/PPWRK TO PAULA | CBELI |
| 2013-10-01 | 0956 | SDNP | Dismissed without Prejudice | LEG742NDA |
| 2013-10-02 | 0540 | LETR | letter 'G' printed | CBELI |
| 2013-10-02 | 0821 | SUMM | S&C REVERSED-DIFF ADDR-NEW VENUE | BCART |
| 2013-10-02 | 0823 | SCAN | Document SUMCOMPRCT scanned | BCART |
| 2013-10-07 | 1915 | SCAN | Document LETTER scanned | QPGMR |
| 2013-10-22 | 1654 | SCAN | Document SOD scanned | AORTI |

FG_00052

Confidential

CITY COURT OF THE CITY OF NIAGARA FALLS.
COUNTY OF NIAGARA                                    FORMAL COMPLAINT
-------------------------------------------
NATIONAL COLLEGIATE STUDENT LOAN
TRUST 2004-2, A DELAWARE              PLAINTIFF,
STATUTORY TRUST(S)

        - AGAINST -
FRANCIS BUTRY
                                    DEFENDANT(S).
-------------------------------------------
    PLAINTIFF, BY ITS ATTORNEY(S), COMPLAINING OF THE DEFENDANT(S), UPON
INFORMATION AND BELIEF, ALLEGES:
1.   THAT THE DEFENDANT(S) RESIDES IN THE CITY IN WHICH THIS ACTION IS
BROUGHT; AND THAT THE DEFENDANT(S) TRANSACTED BUSINESS WITHINTHE COUNTY
IN WHICH THIS ACTION IS BROUGHT IN PERSON OR THROUGH HIS AGENT AND THAT
THE INSTANT CAUSE OF ACTION AROSE OUT OF SAID TRANSACTION
2.   PLAINTIFF IS AUTHORIZED TO PROCEED WITH THIS ACTION.
3.   UPON INFORMATION AND BELIEF DEFENDANT(S) BORROWED MONEY FROM PLAINTIFF OR
PLAINTIFF'S ASSIGNOR PURSUANT TO A PROMISSORY NOTE.
4.   DEFENDANT(S) HAS DEFAULTED ON SAID AGREEMENT AND $   8,419.32   IS
NOW DUE, NO PART OF SAID SUM HAS BEEN PAID ALTHOUGH DULY DEMANDED.


5.   DEFENDANT(S) IS IN DEFAULT AND DEMAND FOR PAYMENT HAS BEEN MADE.



2ND CAUSE/ACTION:PLAINTIFF STATED AN ACCOUNT TO DEFENDANT WITHOUT OBJECTION
THAT THERE IS NOW DUE PLAINTIFF FROM DEFENDANT(S) THE AMOUNT SET FORTH IN
THE COMPLAINT, NO PART OF WHICH HAS BEEN PAID, ALTHOUGH DULY DEMANDED.

WHEREFORE, PLAINTIFF DEMANDS JUDGMENT AGAINST DEFENDANT(S) FOR THE SUM OF
    8,419.32
TOGETHER WITH THE DISBURSEMENTS OF THIS ACTION

UNDERSTAND THAT ANY INFORMATION WE          FORSTER & GARBUS LLP
OBTAIN WILL BE USED FOR THE PURPOSE         ATTORNEY(S) FOR PLAINTIFF
OF ATTEMPTING TO COLLECT THIS DEBT.         60 MOTOR PARKWAY
                                            COMMACK, NY 11725




DATED: THE 16 DAY OF AUGUST   , 2013

                                            _____
                                            RONALD FORSTER  JOEL D. LEIDERMAN  MICHAEL LEINOFF

PURSUANT TO PART 130-1.1-a OF THE RULES OF THE
CHIEF ADMINISTRATOR THIS SIGNATURE APPLIES
TO THE ATTACHED SUMMONS AND COMPLAINT

Confidential                                    FG_00655

STATE OF NEW YORK
NIAGARA FALLS CITY COURT
1925 MAIN STREET
NIAGARA FALLS, NY 14305
RECEIPT # 135624

DATE: 08-30-2013  TIME: 12:31
CASE #: CV-0673-13
RECEIVED FROM: FORSTER/GARBUS

1-CONSUMER CREDIT FEE          95.00
1-FILE SUMMONS/1ST PAPER       45.00

TOTAL DUE:                    140.00
PAYMENTS:
  CHECK #2395                 140.00
AMOUNT TENDERED:              140.00
CHANGE:                          .00
OPERATOR: RBM    REGISTER# 2

Confidential