# Exhibit Q

## to Hawkins Declaration

Plaintiffs' Reply in Further Support of Motion for Class Certification

*Michelo et al. v. Nat'l Collegiate Student Loan Trust 2007-2 et al.,* No. 18-CV-1781

*Bifulco et al. v. Nat'l Collegiate Student Loan Trust 2004-2 et al.,* No. 18-CV-7692



# NCO Financial Systems, Inc.
# eRecoverEase™ User Manual
# for Network Attorneys

| | |
|---|---|
| Organizational Area(s): | Attorney Network Services |
| Functional Area(s): | eRecoverEase™ |
| Responsible Individual/Title: | Tanya McComb<br>VP of Audit and Compliance |


NCO Attorney Network Services
eRE P-Code Listing

| Code | Name | Days | N/A | Description |
|---|---|---|---|---|
| *CC:A022 | Settlement Payment | 90 | N/A | Send this P-Code when the debtor is paying the Attorney Firm directly and there is a judgment on the account. |
| *CC:P107 | Garnishment | 90 | N/A | Send this P-Code when the account is being paid through some form of garnishment. |
| *CC:J106 | Collection | 30 | N/A | Send this P-Code when the debtor has fulfilled PIF/SIF requirements and the Attorney Firm filed a Satisfaction of Judgment. |
| *CC:A102 | Promise to Pay | 90 | N/A | Send this P-Code when you have a judgment on an account but you do not want the account recalled because you know a payment will be made at some point in the near future. You will need to send this P-Code at least once every 90 days or the account may be recalled even if there is a Judgment. Please note that most judgments will not be recalled automatically, however, some clients require additional information on their Judgment accounts in order for NCO and the Attorney Firm to keep the account open. Whenever possible, NCO will notify the Attorney Firm if NCO is initiating the Judgment recall for a collection strategy. |
| *CC:A106 | Promise to Pay | 90 | N/A | Send this P-Code when you have a promise to pay on the account. |
| *CC:A020 | Collection | 90 | N/A | Send this P-Code when you have a confirmed payment on the account and you do not have a judgment on the account. |
| *CC:I100 | Account Sent without Phone # | 10 | N/A | Send this P-Code if you are not closing the account, and have established that there is a bad home or work phone # on the account. Other forms of collection and litigation should still be utilized. |
| *CC:I103 | Debtor Address is Bad | 10 | N/A | Use this P-Code if you are not closing the account, and have established there is a bad address on the account. Other forms of collection and litigation should be utilized. |
| *CC:S106 | Dispute | | | Use this P-Code to report a dispute as defined as any written or verbal communication from the debtor or debtor's representative, which claims to dispute the debt, or any portion thereof, owed to the client. Must include W122- pcode to report description of dispute. |
| *CC:S144 | Dispute Resolved | | | Use the P-Code to report when a dispute has been resolved. |
| *CC:L107 | Fraud | | | Use this P-Code to report a Fraud as defined as any written or verbal communication from the debtor or debtor's representative that includes claims of fraud or identity theft. |
| *CC:S111 | Cease and Desist | | | Use this P-Code to report a Cease and Desist as defined as any written or verbal communication from the debtor or debtor's representative which directs your firm or the client to cease written and/or verbal communication. |
| *CC:S113 | Deceased | | | Use this P-Code to report deceased debtor with an Estate. |
| *CC:S114 | Deceased | | | Use this P-Code to report a deceased debtor without an Estate. |
| *CC:P114 | Answer Filed | | | Use this P-Code if an answer if filed by defendant to Plaintiff's initial court filing. If the answer is a counterclaim the attorney firm must also send the P105 P-code via eRecoverEase in addition to the P114. |
| *CC:L127 | Trial Set | | | Use this P-Code if a hearing or trial is scheduled. |
| *CC:S126 | Request Affidavit from NCO | 14 | N/A | Use this P-Code when you are not closing the account and have requested an affidavit of debt on the account. |
| *CC:S127 | Request Statement from Client | 10 | N/A | Use this P-Code if you are not closing the account and have requested a statement on the account. |
| *CC:S128 | Request Application from Client | 10 | N/A | Use this P-Code if you are not closing the account and have requested an application on the account. |
| *CC:S129 | Request Media from Client | 10 | N/A | Use this P-Code if you are not closing the account and have requested some form of media besides a statement or application on the account. |
| *CC:S145 | Request Media from Client | | | Use this P-Code when a client affidavit has been submitted to the court. |

NCO Proprietary Confidential                Confidential                TSI 01429

## Counterclaim Monthly Updates to NCO

NCO requires firms to send monthly updates on all active Counterclaim cases that your firm is currently handling for NCO and/or their client.  These updates are required to be sent to ANSCompliance@ncogroup.com by the 25th of each month, or the following business day if the 25th falls on a weekend or holiday.

Each column must be filled in by using as much detail as possible for each pending case.  These updates are NOT meant to be used for requesting media, notifying NCO of upcoming hearings where a witness is needed or conveying settlement offers for approval.  These updates may be included in your response; however your firm must follow the specific procedures for each media, witness or settlement request.


Counter Claim Monthly Status Updat