

Brookfield Place, 200 Vesey Street
20th Floor
New York, NY 10281-2101
Telephone: 212-415-8600
Fax:  212-303-2754
www.lockelord.com

Gregory T. Casamento
Direct Telephone:  212-812-8325
gcasamento@lockelord.com

October 13, 2021

By ECF

Hon. Barbara Moses
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY  10007-1312

    Re: *Michelo, et al. v. National Collegiate Student Loan Trust 2007-2 et al.*, 18-cv-01781-PGG
*Bifulco, et al. v. National Collegiate Student Loan Trust 2004-2 et al.*, 18-cv-07962-PGG

Dear Judge Moses:

    Defendants respectfully request permission to file a short sur-reply in opposition to Plaintiffs' Motion for Class Certification to address new legal arguments and clarify certain factual misstatements made in Plaintiffs' Reply brief.  A copy of the sur-reply Defendants seek to file is attached hereto as Exhibit A.

    "Courts have broad discretion to consider arguments in a sur-reply." *Am. S.S. Owners Mut. Prot. & Indem. Ass'n, Inc. v. Am. Boat Co., LLC*, 2012 WL 32352, at *1 (S.D.N.Y. Jan. 6, 2012) (quoting *Newton v. City of New York*, 738 F. Supp. 2d 397, 417 n.11 (S.D.N.Y. 2010)).  Here, permission to file a limited sur-reply is necessary in order to allow Defendants to respond to new legal arguments made for the first time in Plaintiffs' reply brief, as well as to clarify certain factual statements which, if left as-is, would leave the Court with an incomplete if not incorrect understanding of facts central to Plaintiffs' claims.  Defendants have endeavored to limit their arguments only to those specifically appropriate for a sur-reply, and to keep the arguments as concise as possible.

    For these reasons, Defendants respectfully request that the Court issue an order permitting them to file their sur-reply in opposition to Plaintiffs' Motion for Class Certification.

Hon. Barbara Moses
October 13, 2021
Page 2

                        Respectfully,

By: */s/ Gregory T. Casamento*
     Gregory T. Casamento
     R. James DeRose, III
     LOCKE LORD LLP
     Brookfield Place, 20th Floor
     200 Vesey Street
     New York, New York 10281
     (212) 415-8600
     gcasamento@lockelord.com
     rderose@lockelord.com

     J. Matthew Goodin
     LOCKE LORD LLP
     111 South Wacker Drive, Suite 4100
     Chicago, Illinois 60606
     (312) 443-0700
     jmgoodin@lockelord.com

*Attorneys for Defendants National Collegiate Student Loan Trust 2004-2, National Collegiate Student Loan Trust 2006-4, National Collegiate Student Loan Trust 2007-2, and National Collegiate Student Loan Trust 2007-3*


By: */s/ James K. Schultz*
     James K. Schultz
     SESSIONS, ISRAEL & SHARTLE LLC
     1545 Hotel Circle South, Suite 150
     San Diego, California 92108
     (619) 296-2018
     jschultz@sessions.legal

     Bryan Shartle
     SESSIONS, ISRAEL & SHARTLE LLC
     3850 N. Causeway Blvd., Ste. 200
     Metairie, Louisiana 70002
     (504) 846-7917
     bshartle@sessions.legal

     Morgan Ian Marcus
     SESSIONS, ISRAEL & SHARTLE LLC

Hon. Barbara Moses
October 13, 2021
Page 3

          120 South LaSalle Street, Suite 1960
          Chicago, Illinois 60603
          (312) 578-0990
          mmarcus@sessions.legal

         *Attorneys for Defendants Transworld Systems, Inc.*
         *and EGS Financial Care, Inc.*


         By:  /s/ *Carol A. Lastorino*
          Carol A. Lastorino
          Amanda Rae Griner
          RIVKIN RADLER LLP
          926 Rexcorp Plaza
          Uniondale, New Yord 11556
          (516) 357-3101
          carol.lastorino@rivkin.com
          Amanda.gruman@rivkin.com

         *Attorneys for Defendant Forster & Garbus LLP*


Cc: All parties entitled to notice
   Hon. Paul G. Gardephe


   Enclosures