# EXHIBIT A

```
1    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
2    ------------------------------------X
     MUTINTA MICHELO, KATHERINE SEAMAN, and
3    MARY RE SEAMAN, individually and on
     Behalf of all others similarly situated,
4
                    Plaintiff,
5
                    Index no. 18-cv-1781 (PGG)
6
            v.
7
     NATIONAL COLLEGIATE STUDENT LOAN TRUST
8    2007-2; NATIONAL COLLEGIATE STUDENT LOAN
     TRUST 2007-3; TRANSWORLD SYSTEMS, INC.,
9    in its own right and as successor to NCO
     FINANCIAL SYSTEMS, INC.; EGS FINANCIAL
10   CARE INC., formerly known as NCO
     FINANCIAL SYSTEMS, INC.; and
11   FORSTER & GARBUS LLP,

12                  Defendants.
     ------------------------------------X
13   CHRISTINA BIFULCO, FRANCIS BUTRY, and
     CORI FRAUENHOFER, individually and on
14   Behalf of all others similarly situated,

15                  Plaintiffs,

16                  Index no. 18-cv-7692 (PGG)

17          v.

18   NATIONAL COLLEGIATE STUDENT LOAN TRUST
     2004-2; NATIONAL COLLEGIATE STUDENT LOAN
19   TRUST 2006-4; TRANSWORLD SYSTEMS, INC.,
     in its own right and as successor to NCO
20   FINANCIAL SYSTEMS, INC; EGS FINANCIAL
     CARE INC., formerly known as NCO
21   FINANCIAL SYSTEMS, INC.; and
     FORSTER & GARBUS LLP,
22
                    Defendants.
23   ------------------------------------X

24          DEPOSITION OF KATHERINE SEAMAN

25               September 16, 2020
```

```
 1              DATE:  SEPTEMBER 16, 2020

 2              TIME:  10:02 a.m.

 3

 4

 5        Deposition of KATHERINE SEAMAN,

 6   held REMOTELY, before CANDIDA BORRIELLO,

 7   Certified Court Reporter and Notary Public

 8   of the State of New York.
```

```
                    K. Seaman
 1          for a legal conclusion by an
 2          unqualified witness.
 3          A.   Repeat your question, please.
 4          Q.   Do you recall being served with the
 5   State Court collection lawsuit?
 6          A.   I don't recall.
 7          Q.   And did your mother ever tell you
 8   that she had been served with the State Court
 9   collection lawsuit?
10               MR. HAWKINS:  Same objection as
11          before.
12               Go ahead.
13          A.   I don't recall.
14          Q.   Do you recall the first time you
15   spoke with your mother about the State Court
16   collection lawsuit?
17          A.   I don't recall.
18          Q.   Did you speak with your mother
19   about the State Court collection lawsuit?
20          A.   I don't recall.
21          Q.   And you were living with your
22   mother -- you were living with your parents at
23   the Middle Village address at that time,
24   correct, in 2014?
25          A.   Correct.
```

K. Seaman

1  wants me to we will, but again, you received

2  certain communications from my client in 2014

3  and 2015.  What, if anything, confused you in

4  2014 and 2015 with regard to anything you

5  received?

6           You know what, let me withdraw the

7  question.  That was improperly formed.

8           In 2014 and 2015, what, if

9  anything, confused you, by anything that my

10 client communicated to you?

11      A.   I don't really remember.

12      Q.   Is there anything in your

13 possession, custody, or control that would

14 refresh your recollection?

15      A.   No.

16      Q.   If I gave you all the time in the

17 world to think about it, do you think that

18 time would refresh your recollection?

19      A.   No.

20      Q.   So, it is possible, would you agree

21 with me, Ms. Seaman, that nothing that my

22 client communicated to you confused you?

23           MR. HAWKINS:  Objection.  Calls

24      for speculation.

25      Q.   Okay.

```
                       K. Seaman
 1       A.    Possible, yes, but I don't
 2  remember.
 3       Q.    Now, there was some testimony, I
 4  believe it was with regard to counsel's
 5  questioning, I forget which counsel,
 6  concerning something -- some information from
 7  the government that lead you to believe that
 8  something -- something wrong was done to you.
 9             Do you recall that testimony?
10       A.    Yes.
11       Q.    What precisely did you learn from
12  the government that you were referencing in
13  your prior answer?
14       A.    That's something I would've spoken
15  to my attorney about.
16       Q.    I'm not asking you to tell me what
17  you spoke to your attorney about, I'm asking
18  you, what did you -- what communication are
19  you referring to?
20       A.    That's something I would've spoken
21  to my attorney about.
22             MR. NOVIKOFF:  Counsel, please
23         instruct your client this is not
24         attorney-client privilege.
25             MR. HAWKINS:  I'm not sure I
```