# EXHIBIT D

Cori Frauenhofer
January 28, 2021

VIDEO TELECONFERENCE DEPOSITION
CORI FRAUENHOFER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------
MICHELO, et al.,
BIFULCO, et al.,

              Plaintiffs,

     - vs -    Case No.
                 18 Civ. 1781
                 18 Civ. 7692

NATIONAL COLLEGIATE STUDENT
  LOAN TRUST 2007-2, et al.,
NATIONAL COLLEGIATE STUDENT
  LOAN TRUST 2004-2, et al.,

              Defendants.
-------------------------------------

       Video teleconference deposition of CORI FRAUENHOFER, Plaintiff, present at JACK W. HUNT & ASSOCIATES, INC., 1120 Liberty Building, Buffalo, New York, taken pursuant to the Federal Rules of Civil Procedure and Executive Order No. 202.7, Section 29-a of Article 2-B, connecting to various locations on January 28, 2021, commencing at 10:08 a.m., before LORI K. BECK, CSR, CM, Notary Public.

1          July 1st, 2013, at 8:33 a.m., it says that
2    this individual is served with summons and formal
3    complaint bearing index number and filing date on
4    Cori Frauenhofer at 288 Travers Circle, Apartment B
5    in Amherst, New York.
6          Okay.  And then if we go a little bit
7    further below, it lists identifiers of the
8    individual who was served.
9          So in 2013, were you 28 years old?
10         MR. HAWKINS:  Objection.
11         THE WITNESS:  Yes.
12         BY MR. MARCUS:
13         Q.   Okay.  And are -- are you approximately
14   five feet five -- five feet four inches?
15         MR. HAWKINS:  Objection.
16         THE WITNESS:  No.
17         BY MR. MARCUS:
18         Q.   In 20 -- in 2013, would that have been
19   your height?
20         A.   I don't think so.
21         Q.   What's your height?
22         A.   I don't know.  Maybe five two.
23         Q.   Okay.  This affidavit of service
24   indicates that you were served at -- well, that
25   Cori Frauenhofer was served at 288 Travers Circle,

1  Apartment B.
2          No one else other than your children and you
3  were living at that address during that time
4  period, correct?
5          MR. HAWKINS:  Objection.
6          THE WITNESS:  Yes.
7          BY MR. MARCUS:
8          Q.  Do you recall being served with a
9  summons and formal complaint in July of 2013
10 related to the National Collegiate Student Loan
11 Trust debt?
12         MR. HAWKINS:  Objection.
13         THE WITNESS:  No, I don't.
14         BY MR. MARCUS:
15         Q.  Do you recall being personally served
16 in 20 -- in July of 2013?
17         MR. HAWKINS:  Objection.
18         THE WITNESS:  I don't remember.
19         BY MR. MARCUS:
20         Q.  Have you ever been served with -- do
21 you recall ever being served with a summons and
22 formal complaint ever for anything?
23         MR. HAWKINS:  Objection.
24         THE WITNESS:  No, I don't remember.
25         BY MR. MARCUS:

Cori Frauenhofer
January 28, 2021

1         So Ms. Frauenhofer, this is the formal
2    complaint -- this is a copy of the formal complaint
3    that was filed against you in the state court
4    lawsuit.  Have you ever seen this document before?
5         A.   I think so.
6         Q.   And when was the last time that you saw
7    it?
8         A.   I don't know.  I don't remember.
9         Q.   Was it prior to this federal lawsuit
10   you've filed against our clients?
11        A.   I don't know.
12        Q.   The first time that you saw this
13   Complaint, did you do anything about it?
14        MR. HAWKINS:  Objection.
15        THE WITNESS:  No.
16        BY MR. MARCUS:
17        Q.   And why not?
18        A.   Didn't have the time, didn't have the
19   money.  I didn't really know what route to go.
20        Q.   Did you call anyone?
21        A.   I don't remember.
22        Q.   Did you call your parents?
23        A.   No.
24        Q.   Did you call Forster & Garbus, to your
25   knowledge?