# EXHIBIT E

```
                                                                    1

 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   -----------------------------------------
     MUTINTA MICHELO, KATHERINE SEAMAN,
 3   MARY RE SEAMAN, and SANDRA TABAR,
     individually and on behalf of all
 4   others similarly situated,

 5                          Plaintiffs,

 6           vs.          18-CV-7692 (PGG)

 7   NATIONAL COLLEGIATE STUDENT LOAN
     TRUST 2007-2; NATIONAL COLLEGIATE
 8   STUDENT LOAN TRUST 2007-3; TRANSWORLD
     SYSTEMS, INC., in its own right and
 9   as successor to NCO FINANCIAL SYSTEMS,
     INC.; EGS FINANCIAL CARE, INC., formerly
10   known as NCO FINANCIAL SYSTEMS, INC.;
     and FORSTER & GARBUS, LLP,
11
                           Defendants.
12   -----------------------------------------

13   CHRISTINA BIFULCO, FRANCIS BUTRY, and
     CORI FRAUENHOFER, individually and on
14   behalf of all others similarly situated,

15                          Plaintiffs,
             vs.
16   NATIONAL COLLEGIATE STUDENT LOAN
     TRUST 2004-2; NATIONAL COLLEGIATE
17   STUDENT LOAN TRUST 2004-4; TRANSWORLD
     SYSTEMS, INC., in its own right and
18   as successor to NCO FINANCIAL SYSTEMS,
     INC.; EGS FINANCIAL CARE, INC., formerly
19   known as NCO FINANCIAL SYSTEMS, INC.;
     and FORSTER & GARBUS, LLP,
20
21                         Defendants.

22

23   -----------------------------------------

24   (Continued on next page)

25            DEPOSITION OF SANDRA TABAR
```

```
 1  UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
 2  ------------------------------------------
    MUTINTA MICHELO, et al.,
 3                     Plaintiffs,

 4

 5           vs.       18-CV-7692 (PGG)

 6  NATIONAL COLLEGIATE STUDENT LOAN

 7  TRUST 2007-2; et al.,

 8

 9                     Defendants.

10  ------------------------------------------

11  CHRISTINA BIFULCO, et al.,

12                     Plaintiffs,

13           vs.

14  NATIONAL COLLEGIATE STUDENT LOAN

15  TRUST 2004-2; et al.,

16                     Defendants.

17  ------------------------------------------

18

19           DEPOSITION OF SANDRA TABAR

20

21           Friday, March 6, 2020

22                9:00 a.m.

23  Reported by:

24  Joan Ferrara, RMR, FCRR

25  Job No. 2020-83322
```

3

                    March 6, 2020
                    9:00 a.m.
                    New York, New York


        Deposition of SANDRA TABAR, held
   at the offices of Locke Lord, LLP, 200
   Vesey Street, New York, New York, before
   Joan Ferrara, a Registered Merit Reporter,
   Federal Certified Realtime Reporter and
   Notary Public of the State of New York.

262

```
 1                    S. Tabar
 2       A      Someplace in Brooklyn.
 3       Q      Okay.
 4              Were you still getting mail at
 5    the Undercliff address in March of 2014?
 6       A      Not anything -- not really.
 7       Q      Okay.
 8              Have you ever seen this letter
 9    before?
10       A      I have never seen this letter
11    before.
12              MR. HAWKINS:  Objection to
13         letter.
14    BY MR. SCHULTZ:
15       Q      And you've never gotten this
16    document before?
17       A      I never gotten this document
18    before.
19       Q      It was never delivered to you or
20    your daughter?
21       A      It was not.
22       Q      Okay.
23              Attached to this exhibit is a
24    copy of the complaint that was filed in the
25    Bronx Court.
```

263

S. Tabar

1
2    Have you ever seen that before?
3    A    I have not seen that before.
4         MR. HAWKINS:  Jim, are you
5    talking about whether she's seen this
6    copy of the complaint that was filed
7    against her or whether she's aware
8    that there was a complaint filed
9    against her in the Bronx Court?
10        MR. SCHULTZ:  If she has problem
11   with the question, she could ask me.
12   BY MR. SCHULTZ:
13   Q    So you have not seen the
14   complaint before?
15   A    No.
16   Q    Okay.
17        Do you still -- does your mother
18   still live at the Undercliff address?
19   A    Yes, she does.
20   Q    Do you still get mail there from
21   the electric company?
22   A    No.  The bill is not in my name
23   anymore.
24   Q    Okay.  So do you get any mail?
25   A    So I just -- no, I don't.

302

1                    S. Tabar
2      question.
3           A     I went to court --
4           Q     I have to ask the question.
5                 I understand you went to court,
6      you think you won, I understand that.
7      That's not my question.
8                 Here's the problem I have.
9      You're alleging in this lawsuit, as we
10     looked at in paragraph 12, that false
11     affidavits were being submitted.
12                What I want to know from you is
13     what in that affidavit is false.
14                MR. HAWKINS:  Okay.  Same
15           instruction.
16     BY MR. SCHULTZ:
17          Q     And I keep asking you and you're
18     not going to tell me because you said --
19          A     I'm not going to answer this
20     question.
21                MR. HAWKINS:  On a privilege
22           basis.
23     BY MR. SCHULTZ:
24          Q     And what I want to know is
25     regardless of any communications with your