UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHERINE SEAMAN, MARY RE SEAMAN, and SANDRA TABAR, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-2; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-3; TRANSWORLD SYSTEMS, INC., in its own right and as successor to NCO FINANCIAL SYSTEMS, INC.; EGS FINANCIAL CARE INC., formerly known as NCO FINANCIAL SYSTEMS, INC.; and FORSTER & GARBUS LLP, <br><br> Defendants. | No. 18-cv-1781 |
| CHRISTINA BIFULCO, FRANCIS BUTRY, and CORI FRAUENHOFER, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL COLLEGIATE STUDENT LOAN TRUST 2004-2; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-4; TRANSWORLD SYSTEMS, INC., in its own right and as successor to NCO FINANCIAL SYSTEMS, INC.; EGS FINANCIAL CARE INC., formerly known as NCO FINANCIAL SYSTEMS, INC.; and FORSTER & GARBUS LLP, <br><br> Defendants. | No. 18-cv-7692 <br><br><br><br><br><br><br> **FILED VIA ECF** |

**DECLARATION OF ASHER HAWKINS
IN SUPPORT OF PLAINTIFFS' RENEWED MOTION
FOR SANCTIONS AGAINST THE TRANSWORLD DEFENDANTS
FOR THEIR DISCOVERY VIOLATIONS CONCERNING
THE EMPLOYEE-WITNESS KNOWN AS "EMPLOYEE A"**

ASHER HAWKINS, an attorney duly licensed to practice law in the State of New York and admitted to practice in this Court, declares under penalty of perjury:

1. I am an attorney at law and an associate with Frank LLP, the attorneys of record for Plaintiffs and the Class in the above-captioned consolidated actions. I submit this declaration in further support of Plaintiffs' instant renewed sanctions motion.

2. Attached hereto as Exhibit A is a true and correct copy of excerpts of the deposition in this litigation of Chandra Alphabet.

3. Attached hereto as Exhibit B is a true and correct copy of excerpts of the deposition in this litigation of Valerie Watts.

4. Attached hereto as Exhibit C is a true and correct copy of excerpts of the deposition in this litigation, via written questions, of Employee A.

5. Attached hereto as Exhibit D is a true and correct copy of the document that was produced in this litigation at Bates No. F&G_01003. This document is being filed publicly with redactions, to protect confidential information about individuals involved in this litigation. An unredacted copy of the document is being filed under seal.

Dated:   New York, New York
         March 29, 2022

By:   */s/ Asher Hawkins*

Asher Hawkins (AH2333)
ahawkins@frankllp.com