# Exhibit A

## to Hawkins Declaration

In Support of Motion for Sanctions
Against TSI Concerning Employee A

*Seaman et al. v. Nat'l Collegiate Student Loan Trust 2007-2 et al.,* No. 18-CV-1781

*Bifulco et al. v. Nat'l Collegiate Student Loan Trust 2004-2 et al.,* No. 18-CV-7692

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
MUTINTA MICHELO, KATHERINE SEAMAN, and
MARY RE SEAMAN, individually and on
Behalf of all others similarly situated,

        Plaintiff,

        Index no. 18-cv-1781 (PGG)

    v.

NATIONAL COLLEGIATE STUDENT LOAN TRUST
2007-2; NATIONAL COLLEGIATE STUDENT LOAN
TRUST 2007-3; TRANSWORLD SYSTEMS, INC.,
in its own right and as successor to NCO
FINANCIAL SYSTEMS, INC.; EGS FINANCIAL
CARE INC., formerly known as NCO
FINANCIAL SYSTEMS, INC.; and
FORSTER & GARBUS LLP,

        Defendants.
-----------------------------------------X
CHRISTINA BIFULCO, JAELYSABEL VILLASANTE,
and CORI FRAUENHOFER, individually and on
Behalf of all others similarly situated,

        Plaintiffs,

        Index no. 18-cv-7692 (PGG)

    v.

NATIONAL COLLEGIATE STUDENT LOAN TRUST
2004-2; NATIONAL COLLEGIATE STUDENT LOAN
TRUST 2006-4; TRANSWORLD SYSTEMS, INC.,
in its own right and as successor to NCO
FINANCIAL SYSTEMS, INC; EGS FINANCIAL
CARE INC., formerly known as NCO
FINANCIAL SYSTEMS, INC.; and
FORSTER & GARBUS LLP,

        Defendants.
-----------------------------------------X
      DEPOSITION OF CHANDRA ALPHABET
          May 15, 2021

Chandra Alphabet
May 15, 2021

```
1                      C. Alphabet
2    would they -- would you get them in
3    electronic copy and then print them out or
4    did they come to you in paper copy, how did
5    that work?
6         A.   Honestly, I don't remember.  I'm
7    trying to think.  It's a long time.  I really
8    don't remember.
9         Q.   Okay.  I have to pause one quick
10   second.  I don't think that we need to take a
11   break, it's just something -- it's my
12   doorbell or something, I'll be right back.
13            THE COURT REPORTER:  We'll go off
14       the record.
15            (Off-the-record discussion was
16       held.)
17   BY MR. HAWKINS:
18        Q.   I'd like you to look at Paragraph 3
19   of the affidavit that we have as Plaintiff's
20   386.
21            Do you need me to zoom in on it,
22   Ms. Alphabet?
23        A.   No, I could read it.
24        Q.   Okay.  I'd like to focus on this
25   first sentence, this lawsuit arose out of an
```

Chandra Alphabet
May 15, 2021

```
 1                    C. Alphabet

 2   unpaid loan or loans owed by defendant, Cori

 3   Frauenhofer to plaintiff.

 4            Do you see that the first line in

 5   Paragraph 3?

 6        A.   I do.

 7        Q.   Who is the plaintiff that line

 8   refers to?

 9        A.   Cori, and it says Frauenhofer.

10            You said the defendant or the

11   plaintiff?

12        Q.   I said the plaintiff.

13        A.   Oh, I'm sorry.  The plaintiff.

14   Okay.  So, the plaintiff's name is not in

15   Paragraph 3, 'cause you asked me to look at

16   Paragraph 3.

17        Q.   Okay.  Do you know who the

18   plaintiff is in this case?

19        A.   I would assume it's National

20   Collegiate, because I'm looking at the top of

21   it.

22        Q.   Okay.  How did you know that Cori

23   Frauenhofer owed anything to National

24   Collegiate?

25            MR. SCHULTZ:  Object to the form.
```

Chandra Alphabet
May 15, 2021

1                        C. Alphabet

2          Also mischaracterizes prior testimony.

3          A.    I don't know personally.  I just

4    know the documents that were -- that was put

5    before me.

6          Q.    Okay.

7          A.    And apparently NCO TSI purchased --

8    purchased those accounts and those are the

9    accounts that was presented to us, the note

10   showing where the defendant had signed his

11   name on the note.

12         Q.    Okay.  Is there -- is there

13   reference in this affidavit to the note that

14   you're referring to?

15              MR. SCHULTZ:  I'm just going to

16         object to the form of the question to

17         the extent the witness said she

18         doesn't really recall seeing this and

19         you haven't really given her a chance

20         now to read the whole thing.

21              MR. HAWKINS:  I'm not rushing her.

22              MR. SCHULTZ:  I know, I'm just

23         saying that I think Chandra needs to

24         know if she needs to read the whole

25         thing over to refresh her memory about

Chandra Alphabet
May 15, 2021

C. Alphabet

1

2        people I don't have contact with at the time.

3             Q.   And what about an individual named

4        Anthony Albanese?

5             A.   Pardon me?

6             Q.   Anthony Albanese.

7             A.   Never heard of him.

8             Q.   Have you had contact with anybody

9        at TSI NCO since you left employment there?

10            A.   No.

11            Q.   Okay.

12                 MR. HAWKINS:  Plaintiffs have no

13            further questions at this time.

14                 MR. SCHULTZ:  Chandra, I hate to

15            do this to you, but I do just have a

16            couple of follow-up questions.

17                 THE WITNESS:  Okay.

18       EXAMINATION BY

19       MR. SCHULTZ:

20            Q.   I just want to clarify.  I thought

21       I heard you testify earlier that TSI NCO or

22       Transworld Systems had purchased the National

23       Collegiate College Departments, did you

24       testify to that?

25            A.   That was my understanding.

Chandra Alphabet
May 15, 2021

                    C. Alphabet

1

2      Q.   Okay.  So, your understanding today

3   is that you think that NCO or TSI had

4   purchased -- were the owner or the purchaser

5   of the accounts?

6      A.   Yes.

7      Q.   And why do you think that that was

8   or what's the basis for your understanding of

9   that?

10      A.   I would say the basis -- because I

11   know in collections, most of the time you

12   only collect on the accounts that you

13   purchase and I just -- I just don't remember

14   everything about it, but I just kind of

15   remember them saying or maybe a co-worker

16   saying, you know, hey, there's an account

17   that we own.  And I remember there being

18   other -- other accounts as well other than

19   this.

20      Q.   Okay.  So, is it your understanding

21   that TSI's role wasn't just as a servicer for

22   the accounts?

23      A.   Honestly, I don't -- I don't

24   remember.

25      Q.   So, you don't really know that TSI