# Exhibit B

## to Hawkins Declaration

In Support of Motion for Sanctions
Against TSI Concerning Employee A

*Seaman et al. v. Nat'l Collegiate Student Loan Trust 2007-2 et al.,* No. 18-CV-1781

*Bifulco et al. v. Nat'l Collegiate Student Loan Trust 2004-2 et al.,* No. 18-CV-7692

Valerie Watts
01/04/2021                                              1

```
1                         -   -   -

2              UNITED STATES DISTRICT COURT

3         FOR THE SOUTHERN DISTRICT OF NEW YORK

4                         -   -   -
   MICHELO, et al/BIFULCO,   ) CIVIL ACTION NO.
5  et al,                    ) 18 Civ. 1781;
                             ) 18 Civ. 7692
6           Plaintiffs,      )
                             )
7                            ) VIRTUAL DEPOSITION OF
                             ) VALERIE E. WATTS, ESQ.
8                            )
       -vs-                  )
9                            )
                             )
10                           )
                             )
11 NAT'L COLLEGIATE          )
   STUDENT LOAN TRUST        )
12 2007-2, et al./ NAT'L     )
   COLLEGIATE STUDENT LOAN
13 TRUST 2004-2, et al.,

14          Defendants.

15

16

17                         -   -   -

18

19
   REPRODUCTION OF THIS TRANSCRIPT IS PROHIBITED WITHOUT
20 AUTHORIZATION FROM THE CERTIFYING AGENCY

21

22

23

24

25
```

U.S. LEGAL SUPPORT
(877) 479-2484

```
 1                    MR. HAWKINS:  I am now

 2      introducing into the chat, and -- as Exhibit

 3      No. 6, I believe that we're on, is a document

 4      marked Plaintiff's 196.

 5                         (Deposition Exhibit No. 6 was

 6      marked for identification.)

 7      BY MR. HAWKINS:

 8           Q.    What does this document appear to

 9      be, Ms. Watts?

10           A.    It looks like a stipulation of

11      discontinuance.

12           Q.    Is it with prejudice?

13           A.    Yes.

14           Q.    And this is in the 761/14 action in

15      Bronx?

16           A.    Yes.

17           Q.    And so it's the same State Court

18      action that we have been looking at documents

19      from before; correct?

20           A.    Yes, I believe it is.

21           Q.    Okay.  Do you see your name and

22      signature at the bottom right of that document?

23           A.    Yes.

24           Q.    I'm sorry, I don't know if you

25      answered my question or not.
```

1          A.    I said yes.

2          Q.    Okay.  And do you see the date on

3    this is August 13, 2018?

4          A.    Yes.

5          Q.    Okay.  What conversations did you

6    have with anyone at the Trusts before, if any

7    conversations, before signing this stipulation?

8          A.    None.

9          Q.    Okay.  What conversations, if any,

10   did you have with an employee of Transworld NCO

11   before signing this stipulation?

12         A.    None.

13         Q.    What conversations with other

14   employees at Forster did you have before

15   signing this stipulation?

16                    MR. NOVIKOFF:  Objection to

17   the form.

18                    THE WITNESS:  I don't recall

19   any conversations with any employees of Forster

20   & Garbus before signing this stipulation.

21   BY MR. HAWKINS:

22         Q.    Did you alone have authority to sign

23   this stipulation?

24                    MR. NOVIKOFF:  Objection.

25                    THE WITNESS:  In what regard,

```
 1      from whom?

 2      BY MR. HAWKINS:

 3           Q.    Well, you just -- okay.  Did you

 4      have authority from the client to sign this

 5      stipulation without confirming with the client

 6      beforehand?

 7                     MR. NOVIKOFF:  Objection.

 8                     MR. SCHULTZ:  Object to form.

 9                     THE WITNESS:  Okay.  So I will

10      answer the question.  First of all, this is a

11      case in Civil Court Bronx, No. 1.  Okay.

12           No. 2, what happens with the case is

13      totally dependent on who the judge is.

14           I am guessing by this that this was

15      marked for trial and we were not able to go

16      forward.  So the judge directed, since my

17      witness didn't appear with me on that date,

18      that it should be discontinued.  That would be

19      my guess.  I can confirm this by looking at

20      e-Courts, but I don't have access to e-Courts

21      right now.

22      BY MR. HAWKINS:

23           Q.    Okay.  Would it help you if I called

24      up e-Courts?

25           A.    You don't call up e-Courts.  It's
```