# Exhibit C

## to Hawkins Declaration

In Support of Motion for Sanctions
Against TSI Concerning Employee A

*Seaman et al. v. Nat'l Collegiate Student Loan Trust 2007-2 et al.,* No. 18-CV-1781

*Bifulco et al. v. Nat'l Collegiate Student Loan Trust 2004-2 et al.,* No. 18-CV-7692

```
                            Affiant X
                          May 19, 2021
```

```
                  UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF NEW YORK


                                     )
MUTINTA MICHELO, ET AL. ,            )
                                     )
     PLAINTIFFS,                     )
                                     )
vs.                                  )
                                     ) CASE NUMBER:
                                     ) 18-CV-1781 (PGG)
NATIONAL COLLEGIATE STUDENT          )
LOAN TRUST 2007-2, ET AL.,           )
                                     )
     DEFENDANTS.                     )
                                     )

_____

CHRISTINA BIFULCO, ET AL.,           )
                                     )
     PLAINTIFFS,                     )
                                     )
vs.                                  )
                                     ) CASE NUMBER:
                                     ) 18-CV-7692 (PGG)
NATIONAL COLLEGIATE STUDENT          )
LOAN TRUST 2004-2, ET AL.,           )
                                     )
     DEFENDANTS.                     )
                                     )

                      *************
```

The following deposition upon written questions of Affiant X was taken pursuant to stipulations contained herein, the reading and signing of the deposition reserved, before Stephen Mahoney, Certified Court Reporter, 4921-4880-0199-0656, in the State of Georgia, on May 19, 2021 at 10:00 a.m.

```
                    Stephen Mahoney, CVR, CCR

                      2700 Centennial Tower
                       101 Marietta Street
                     Atlanta, Georgia 30303
```

1  consent order, and two, the procedures you followed

2  and documents you reviewed when signing affidavits

3  on February 18th, 2014?

4        A.   I don't recall any of that.

5        Q.   During your employment at TSI-NCO, did you

6  ever stop signing affidavits?

7        A.   Yes.

8        Q.   When did you stop signing affidavits?

9        A.   June 2018.

10       Q.   Why -- oh, I'm sorry.

11       A.   Around June 2018.

12       Q.   Why did you stop signing affidavits?

13       A.   It was a couple of things. One being

14  workplace stress for myself, and we had a reorg

15  within our department, a reorganization. So I was

16  asked to move over to production -- affidavit

17  production, and I did.

18            That's why.

19       Q.   And Defendants object to the form of

20  Question 27, including Subparts (a) and (b).

21            During your employment at TSI-NCO, did you

22  ever refuse to sign an affidavit?

23            And Defendants object to the form of

24  Question 28 and to the extent Question 28 calls for

25  information protected by the attorney-client

Affiant X
May 19, 2021

| | | |
|---|---|---|
| 1 | Q. | Was the questioning done under oath? |
| 2 | A. | I don't recall. |
| 3 | Q. | What were those questions and what answers did you give? |
| 5 | A. | I don't recall. |
| 6 | Q. | When did that questioning take place? |
| 7 | A. | I don't recall. |
| 8 | Q. | Where did that questioning take place? |
| 9 | A. | I don't recall. |
| 10 | Q. | Were you represented by an attorney? |
| 11 | A. | No, I wasn't. |
| 12 | Q. | Did you or your attorney receive a copy of that transcript of that questioning? |
| 14 | A. | No. |
| 15 | Q. | Prior to August 2nd, 2020, did you have any physical problems that affected your ability to work? |

      Defendants object to the form of Question 35 and to the extent it calls for disclosure of confidential and private information.

| 21 | A. | No. |
| 22 | Q. | Prior to August 2nd, 2020, did you have any memory problems that affected your ability to work? |
| 25 | A. | No. |

Affiant X
May 19, 2021

|    |                                                              |
|----|--------------------------------------------------------------|
| 1  |                    (Exhibit 4 marked for                     |
| 2  |                      identification.)                        |
| 3  | BY THE COURT REPORTER:                                       |
| 4  |     Q.   Did you review this document prior to               |
| 5  | August 2nd, 2020?                                            |
| 6  |     A.   No.                                                 |
| 7  |          The question -- what was the question               |
| 8  | again?                                                       |
| 9  |          MR. SANDERS:  There's no pending question.          |
| 10 | BY THE COURT REPORTER:                                       |
| 11 |     Q.   Yeah, there's no pending question.                  |
| 12 |     A.   Oh, okay.                                           |
| 13 |     Q.   I was just letting you finish look at it.           |
| 14 |     A.   Oh, okay.                                           |
| 15 |     Q.   Please review Plaintiffs' Exhibit 5, which          |
| 16 | is ECF number 266 in Case number 18-cv-1781. And             |
| 17 | again, the first question is: Do you recognize this          |
| 18 | document? And you can take your time to look at it.          |
| 19 |     A.   No.                                                 |
| 20 |                    (Exhibit 5 marked for                     |
| 21 |                      identification.)                        |
| 22 | BY THE COURT REPORTER:                                       |
| 23 |     Q.   Once you're done with it, we're done with           |
| 24 | it.                                                          |
| 25 |     A.   Okay. No.                                           |

Affiant X
May 19, 2021

| | |
|---|---|
| 1 | Q. Who is your attorney represent -- |
| 2 | MR. SANDERS: Did you ask Part (b)? |
| 3 | BY THE COURT REPORTER: |
| 4 | Q. Did you review -- |
| 5 | THE COURT REPORTER: Not yet. |
| 6 | BY THE COURT REPORTER: |
| 7 | Q. Did you review this document before it was |
| 8 | filed with the court? |
| 9 | A. No. |
| 10 | Q. Okay. |
| 11 | I'm just going to make sure I got 39 |
| 12 | correct. |
| 13 | If we look back at Exhibit 4, did you |
| 14 | review this document prior to August 2nd, 2020? |
| 15 | It was one of the -- |
| 16 | A. No. |
| 17 | Q. Okay. |
| 18 | A. No. |
| 19 | Q. Okay. We're done with that. |
| 20 | A. Okay. |
| 21 | Q. Who is your attorney representing you in |
| 22 | this matter? |
| 23 | A. Paul Sanders. |
| 24 | Q. When did you first meet your attorney? |
| 25 | Defendants object to the form of Question |

```
 1              MR. SANDERS:  Do you want to take a break,
 2        or do you want to get going? Do you want to
 3        keep moving?
 4              THE WITNESS:  We can take one.
 5              THE COURT REPORTER:  Okay.
 6              MR. SANDERS:  This is --
 7              THE COURT REPORTER:  Yeah. No problem.
 8                     (A break was taken.)
 9   BY THE COURT REPORTER:
10        Q.   Prior to starting your job of reviewing
11   and signing affidavits, did you receive training on
12   the process for accessing the loan records?
13        A.   Yes.
14        Q.   Prior to starting your job of reviewing
15   and signing affidavits, did you receive training on
16   the importance of reviewing the loan records?
17        A.   Not that I recall.
18        Q.   When you were reviewing and signing
19   affidavits, did you feel that you had sufficient
20   knowledge and understanding of the loan records?
21        A.   No.
22        Q.   Did you ever sign an affidavit in support
23   of a lawsuit brought on behalf of a National
24   Collegiate Student Loan Trust account that contained
25   any false statements?
```

```
 1          (a) through (f).
 2              And Defendants object to the form of this
 3      question including all subparts, and further
 4      object to the extent this question to the
 5      extent it mischaracterizes the prior testimony.
 6      Objecting further, the questions and topics are
 7      potentially subject to certain investigational
 8      or confidential privilege.
 9              That's it.
10              MR. SANDERS:  Let's take a break because
11      -- go off. Or I mean, you can just -- we'll go
12      off the record. I mean, you're going to a read
13      and sign; right?
14                      (A break was taken.)
15              THE COURT REPORTER:  Okay. We're back on.
16              MR. SANDERS:  I had a very brief
17      conversation with the witness. I read him
18      Question 3 of Defendants' Additional Questions.
19      I told him what I recall his answer to be, and
20      he indicated that that was an inadvertent
21      error. And I ask that the court reporter read
22      Question 3 again.
23  BY THE COURT REPORTER:
24      Q.    Okay.
25              So Question 3 from Defendants' Additional
```

Affiant X
May 19, 2021

| | |
|---|---|
| 1 | Questions is: When you were reviewing and signing |
| 2 | affidavits, did you feel that you had sufficient |
| 3 | knowledge and understanding of the loan records? |
| 4 |     And Plaintiffs object to the form of the |
| 5 | question. |
| 6 |     MR. SANDERS:  Can you read it again? |
| 7 | BY THE COURT REPORTER: |
| 8 |   Q.  When you were reviewing and signing |
| 9 | affidavits, did you feel that you had sufficient |
| 10 | knowledge and understanding of the loan records? |
| 11 |   A.  Yes. |
| 12 |     THE COURT REPORTER:  Okay. Thank you. |
| 13 |     MR. SANDERS:  All done. |
| 14 |     THE WITNESS:  That's it? |
| 15 |     MR. SANDERS:  That's it. |
| 16 |     (Deposition concluded at 11:02 a.m.) |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |