# Exhibit D

## to Hawkins Declaration

In Support of Motion for Sanctions
Against TSI Concerning Employee A

*Seaman et al. v. Nat'l Collegiate Student Loan Trust 2007-2 et al.,* No. 18-CV-1781

*Bifulco et al. v. Nat'l Collegiate Student Loan Trust 2004-2 et al.,* No. 18-CV-7692

## NCO FINANCIAL SYSTEMS INC
### ACCOUNT INFORMATION
### 2/7/2014

**CBR #:** ▮

**REQ REF#:** ▮

**PRIMARY DEBTOR**

JAELYSABEL VILLASANTE ✓
1535 UNDERCLIFF AVE APT 1 ✓
BRONX     NY ✓
104537172 ✓

**CO-DEBTOR**

SANDRA TABAR ✓
1535 UNDERCLIFF AVE APT 1 ✓
BRONX, NY 104537128 ✓

CLIENT:   **NATIONAL COLLEGIATE TRUST**

ACCT:    ▮

PRINCIPAL: $ 10,277.71

INTEREST:  $ 1,504.69

TOTAL SUM: $ 11,782.40

APPROVED BY: ▮        DATE: 2/14/14

FIRM NAME:   **Forster & Garbus - NY**

Confidential