UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHERINE SEAMAN, individually and on behalf of all others similarly situated, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) Judge Paul. G. Gardephe |
| v. | ) ) Case No.: 1:18-CV-1781-PGG-BCM |
| NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-2, *et al.*, | ) ) ) |
| Defendants. | ) ) |
| CHRISTINA BIFULCO, individually and on behalf of all others similarly situated, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No.: 1:18-CV-7692-PGG-BCM |
| NATIONAL COLLEGIATE STUDENT LOAN TRUST 2004-2, *et al.*, | ) ) ) ) |
| Defendants. | ) |

**DECLARATION IN SUPPORT OF
<u>MOTION TO WITHDRAW</u>**

I, Morgan I. Marcus, hereby declare and state:

    1.    On June 20, 2018, I was granted leave to appear pro hac vice on behalf of Transworld and EGS as an attorney for the law firm of Sessions, Israel & Shartle, LLC ("Sessions Firm").

    2.    I am leaving the Sessions Firm effective August 2, 2022.

    3.    There is a fully briefed motion for class certification and motion to dismiss that is pending ruling.

4. This withdrawal will not cause any prejudice and attorney Aaron R. Easley, James K. Schultz, Michael Alltmont, and Bryan C. Shartle of the Sessions Firm will remain as counsel of record for Defendants Transworld Systems Inc. and EGS Financial Care, Inc.

5. I am not asserting a retaining or charging lien.

I declare under penalty of perjury under the laws of the United States of America and all other applicable laws in the present proceedings that the following is true and correct.

Executed on July 28, 2022

_____
By:  Morgan I. Marcus