UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHERINE SEAMAN, Individually and on
behalf of all others similarly situated; MARY RE
SEAMAN, Individually and on behalf of all
others similarly situated; and SANDRA TABAR,

                Plaintiffs,

        - against -

NATIONAL COLLEGIATE STUDENT LOAN
TRUST 2007-2; NATIONAL COLLEGIATE
STUDENT LOAN TRUST 2007-3;
TRANSWORLD SYSTEMS, INC., In its own
right and as successor to NCO Financial Systems,
Inc.; EGS FINANCIAL CARE INC., formerly
known as NCO Financial Systems, Inc.; and
FORSTER & GARBUS LLP,

                Defendants.

CHRISTINA BIFULCO, Individually and on
behalf of all others similarly situated; FRANCIS
BUTRY, Individually and on behalf of all others
similarly situated; and CORI FRAUENHOFER,
Individually and on behalf of all others similarly
situated,

                Plaintiffs,

        - against -

NATIONAL COLLEGIATE STUDENT LOAN
TRUST 2004-2; NATIONAL COLLEGIATE
STUDENT LOAN TRUST 2006-4;
TRANSWORLD SYSTEMS, INC., In its own
right and as successor to NCO Financial Systems,
Inc.; EGS FINANCIAL CARE INC., formerly
known as NCO Financial Systems, Inc.; and
FORSTER & GARBUS LLP,

                Defendants.

# JUDGMENT

18 Civ. 1781 (PGG) (BCM)
18 Civ. 7692 (PGG) (BCM)

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Opinion and Order dated September 27, 2023, Judge Moses' R&R is adopted in part as set forth above. Defendants' motion to dismiss, pursuant to Fed. R. Civ. P. 12(b)(1), is granted in part and denied in part, and Plaintiffs' motion for class certification is granted in part. The member case Bifulco, 18 Civ. 7692 is closed.

**Dated:**  New York, New York

September 28, 2023

**RUBY J. KRAJICK**
**Clerk of Court**

**BY:**

_____
**Deputy Clerk**